UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
ROSEMARY SCOTT SUMTER,

                 Plaintiff,

   -v-

JESSICA KEITH, CRAIG LOVE,
and RAYMOND TONKIN,

               Defendants.
------------------------------------ x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

21 Civ. 3723 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | __ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| __ | Specific Non-Dispositive Motion/Dispute: | __ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | | | Purpose:_____ |
| __ | Settlement | __ | Habeas Corpus |
| __ | Inquest After Default/Damages Hearing | __ | Social Security |
| | | _X_ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | All such motions: _X_ |

Dated: May 4, 2021

SO ORDERED.

*George B. Daniels*
United States District Judge