UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
Rosemary Scott Sumter Saw Creek and Pine Ridge Indian
Communities Tribal Council Member,
        Plaintiff(s),

    -against-

Jessica Keith CEO of Norristown State Hospital;
Craig Lowe Warden of Pike County Correctional Facility;
Raymond Tonkin District Attorney of Pike County,
        Defendant(s).
------------------------------------------------------------------------X

21cv3723(GBD)
PRO SE PRETRIAL CONFERENCE

    This case is referred to Magistrate Judge Sarah Netburn for the purposes of Case Management and Scheduling pursuant to Federal Rule Civil Procedure 16.

    All correspondence to the Court should be addressed to the chambers of Magistrate Judge Sarah Netburn and submitted to the Pro Se Intake Unit, located in the Daniel Patrick Moynihan Federal Courthouse, 500 Pearl Street, New York, New York 10007 telephone (212) 805-0175.

    Any procedural questions by Pro Se plaintiff should be addressed to the Office of Pro Se Intake Unit at (212) 805-0175.

Dated: May 3, 2021
       New York, New York

SO ORDERED:

*George B. Daniels*
George B. Daniels
United States District Court