Saw Creek and Pine Ridge Indian Communities Tribal Council
1735 Madison Avenue #13E
New York, New York 10029
May 01, 2021

United States District Court
  Southern District of New York
Att: Pro Se Intake
500 Pearl Street
New York, New York 10007.

RECEIVED
SDNY PRO SE OFFICE
2021 MAY -6 PM 2: 34

Dear Pro Se Intake,

There appears to be a clerical error on the PACER website with the case # 21CV3723 because according to the complaint and summons headings, the plaintiff is the Saw Creek and Pine Ridge Indian Communities Tribal Council, not Rosemary Scott Sumter. Rosemary Scott Sumter is listed on page 2 of the complaint, ONLY AS A CONTACT. The correct plaintiff is the Saw Creek and Pine Ridge Indian Communities Tribal Council, please make the correction, to avoid the defendants questioning a defect of content. For further information, please contact me at (917) 689-0107 or (212) 369-6016. Thank you for your time.

Sincerely,
Rosemary Scott Sumter
Rosemary Scott Sumter
Saw Creek and Pine Ridge Indian Communities Tribal Council Member.

TONIA Scott
ENV30 (12/90) 1456020 7640-1101
COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF PUBLIC WELFARE
NORRISTOWN STATE HOSPITAL
1001 STERIGERE ST
NORRISTOWN PA 19401-5397

B51-C1

PHILADELPHIA PA 190
3 MAY 2021 PM 5 L

U.S. POSTAGE >> PITNEY BOWES
ZIP 19401
02 4W
0000375623 MAY 03 2021
$000.51

RECEIVED
SDNY PRO SE OFFICE
2021 MAY -6 PM 2:33

United States District Court
Southern District of New York
Att: Pro Se Intake
500 Pearl Street
New York, New York 10007
10007-130059