UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROSEMARY SCOTT SUMTER,

                              **Plaintiff,**

           -against-

**JESSICA KEITH, et al.,**

                              **Defendants.**

-----------------------------------------------------------------X

**21-CV-3723 (GBD)(SN)**

**ORDER TO SHOW CAUSE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/28/2021

**SARAH NETBURN, United States Magistrate Judge:**

    Plaintiff is ORDERED TO SHOW CAUSE by June 11, 2021, why this case should not be dismissed either because she cannot bring claims on behalf of others or an organization, or because this case should have been filed in the Middle District of Pennsylvania. Defendants' response shall be filed by letter no later than June 25, 2021.

    Defendant Jessica Keith's request to extend the deadline to respond to the Complaint is granted in part. Defendant Keith's deadline to respond is adjourned *sine die*; the Court will set a new deadline, if any, upon resolution of the Court's Order to Show Cause.

    The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Plaintiff and grant the motion at ECF No. 9.

**SO ORDERED.**

                                                                  _____
                                                                  SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:      May 28, 2021
                 New York, New York