IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAW CREEK AND PINE RIDGE INDIAN COMMUNITIES TRIBAL COUNCIL,<br>　　　　Plaintiff,<br><br>v.<br><br>RAYMOND TONKIN, et. al.,<br>　　　　Defendants. | CIVIL ACTION NO. 21-CV-03723<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Gerard J. Geiger, Esq. hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for District Attorney Raymond Tonkin and Warden Craig Lowe in the above-captioned action.

I am in good standing of the bar of the Commonwealth of Pennsylvania and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3 and a certificate of good standing from the Supreme Court of Pennsylvania dated May 27, 2021.

Dated: June 2, 2021

　　　　　　　　　　　　　　　　　Applicant Signature:

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Applicant's Name: Gerard J. Geiger, Esq.
　　　　　　　　　　　　　　　　　Firm Name: NEWMAN | WILLIAMS
　　　　　　　　　　　　　　　　　Address: 712 Monroe Street
　　　　　　　　　　　　　　　　　City/State/Zip: Stroudsburg, PA 18360
　　　　　　　　　　　　　　　　　Telephone/Fax: (570) 421-9090/ (570) 424-9739
　　　　　　　　　　　　　　　　　Email: ggeiger@newmanwilliams.com

## Certificate of Service

I hereby certify that on this date, I served a copy of the foregoing document on the parties or their counsel as follows:

Rosemary Scott Sumter
1735 Madison Avenue
#138
New York, NY 10029
Via 1st class mail

Alexander Thomas Korn
Office of Attorney General
Civil Law Division, Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA 17120
Email: akorn@attorneygeneral.gov
Via ECF

NEWMAN|WILLIAMS

By: _____
Gerard J. Geiger, Esq.
Attorney I.D. # PA44099

Date: June 2, 2021