

## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### Gerard Joseph Geiger, Esq.

#### DATE OF ADMISSION

*November 4, 1985*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: May 27, 2021

*Amy J. Dreibelbis*

Amy Dreibelbis, Esq.
Deputy Prothonotary