IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAW CREEK AND PINE RIDGE INDIAN COMMUNITIES TRIBAL COUNCIL,<br>          Plaintiff,<br><br>v.<br><br>RAYMOND TONKIN, et. al.,<br>          Defendants. | CIVIL ACTION NO. 21-CV-03723<br><br>**ORDER ON<br>MOTION FOR ADMISSION<br>PRO HAC VICE** |

The motion of Gerard J. Geiger, Esq., for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Pennsylvania; and that his contact information is as follows:

Applicant's Name: Gerard J. Geiger, Esq.

Firm Name: NEWMAN | WILLIAMS

Address: 712 Monroe Street

City/State/Zip: Stroudsburg, PA 18360

Telephone/Fax: (570) 421-9090/ (570) 424-9739

Email: ggeiger@newmanwilliams.com

Applicant, having requested admission Pro Hac Vice to appear for all purposes as counsel for defendants, Raymond Tonkin and Craig Lowe, in the above entitled action;

**IT IS HEREBY ORDERED** that applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____      _____

                                                                      United States District Judge