```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED  7/1/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

ROSEMARY SCOTT SUMTER,

                    **Plaintiff,**

        **-against-**

JESSICA KEITH, et al.,

                    **Defendants.**

------------------------------------------------------------------X

**21-CV-3723 (GBD)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Copies of Orders dated May 28, 2021, and June 7, 2021, ECF No. 10 and ECF No. 12, were mailed to *pro se* Plaintiff. On June 30, 2021, the mail was returned to the Court as undeliverable. The Court believes the apartment number is listed incorrectly on the docket.

Attached to this Order is a Notice of Change of Address form. Plaintiff is ORDERED to complete the form with their correct contact information and promptly file the form with the Court. It is the plaintiff's obligation to update the Court with their current address. Failure to do so will result in dismissal without prejudice of the complaint. The Clerk of Court is respectfully directed to mail a copy of this Order and the Orders appearing at ECF Nos. 10 and 12 to *pro se* Plaintiff at the following address:

> Rosemary Scott Sumter
> 1735 Madison Avenue #13E
> New York, New York 10029

**SO ORDERED.**

DATED:     July 1, 2021
            New York, New York

_____
SARAH NETBURN
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_____

_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

_____

_____

(List the full name(s) of the defendant(s)/respondent(s).)

_____CV_____ (_____)(_____)

## NOTICE OF CHANGE OF ADDRESS

I hereby notify the Court that my address has changed to the following:

_____

Name (Last, First, MI)

_____

| Address | City | State | Zip Code |
|---|---|---|---|

_____

Telephone Number                              E-mail Address (if available)

_____

Date                                          Signature