UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SONY PRO SE OFFICE

2021 JUN 28  AM 10: 49

S.D. OF N.Y.

The Saw Creek and Pine Ridge Indian Communities Tribal Council,          **Case#:** 21-CV-3723

**Petitioner/Plaintiff**

**V**

Raymond Tonkin                          **CERTIFICATE OF**

**SERVICE**

and

Jessica Keith

and

Craig Lowe

**Defendants**


I, Rosemary Scott-Sumter hereby certify under penalty of perjury that on July 26th, 2021, I
served a letter copy of ' BRIEF/EXHIBITS TO SUPPORT COMPLAINT' ( exhibits submitted to
support complaint of violation and a violation of the Confrontation Clause of the Sixth
Amendment to the below Parties by U.S Postal mail service:

- Attorney for Defendant, Jessica Keith, Alexander T. Korn, Deputy Attorney General

   Litigation Section

   Office of Attorney General

   15th Floor

   Strawberry Square

   Harrisburg, PA 17120


- Attorney for Defendants, Raymond Tonkin and Craig Lowe

Gerard J. Geiger, Esq.

Newman Williams, P.C.

712 Monroe Street

Stroudsburg, PA 18360

July 26th, 2021

Signature

*Saw Creek and Pine Ridge Indian Communities*

July 26th , 2021

U.S. District Court of Southern New York

500 Pearl Street

New York, NY 10007

**RE: Case#:** 21-CV-3723

**Case Name:**  Keeba Scott-Harris

**Confinement**

Pike County Correctional Facility   ID 19-11055

(as of July 22nd, 2021)

175 Pike County  Blvd

Lords Valley, PA 18428

I am submitting the below listed documents **(Brief and Exhibits)**  to consolidate with **Entry #** 18 **Date:**  6/25/21  for the related mention case above for the Court to review and provide assistance:

- **Motion Information Statement**
- **Certificate of Service**
- **A Brief to support the 42 U.S.C 1983 complaint (5 pages)**

1

- Copy of **Court of Common Pleas of Pike County Docket # CP 52-CR-0000690-2019** Criminal Docket   **OTN/LOTN: X 301237-6 Commonwealth of Pennsylvania v. Keeba Harris** . See page # 13 of 23 **Entry** 6/24/2020 **'Motion to Admit Preliminary Hearing Testimony Pursuant to Pa. R.E. 804'** See Exhibit

- Copy of **Court of Common Pleas of Pike County Docket# CP-52-CR-0000689-2019** CRIMINAL Docket   **OTN/LOTN: 301228-4** Date Filed: 12/13/2019 Initial Date: 11/18/2019 **Commonwealth of Pennsylvania v. Sushane Steron Adams-Heylinger (Total 14 pages).**

**The OTN/LOTN numbers are different , Status Information, Calendar Events despite the same related Case Names.** See page 8 and 6 of each Defendant, Entries Section , and See additional Entries information for Tonia Scott despite, Pike County District Attorney, Raymond Tonkin said that he would try all cases together (there are inconsistencies/discrepancies documented on both Criminal Docket court cases.

- Court of Common Pleas of Pike County, Pennsylvania 60th JUDICIAL DISTRICT **'ORDERS'/ 'DECLARATION '(Total** 26 pages) (**Re:** Closed/open for general business purposes during the COVID-19 Pandemic)

- Saw Creek and Pine Ridge Indian Communites " **Event Security Contract" dated November 2nd, 2019 for Adam Adbur-Rahim (2 pages)**

-  **Law Enforcement Misconduct/Pennsylvania State Court Records (Civil/Criminal) of Keeba Harris Publicized (4 pages)**

Lastly, Defendant, Alex Michael Roxbury was added to the COurt of COmmon Pleas of Pike County Criminal Docket: CP-52-CR-0000689-2019 yet the Saw Creek and Pine Ridge Indian Communities Tribal Officals has no knowledge of this individual now was he identified on the original Police Criminal Complaint-Affidavit of Probable Cause of November 18th, 2019 Complaint/Incident #: PA 19-1526267. **See Exhibits**

Tribal Council for the Saw Creek and Pine Ridge Indian Communities

Signature



Signature

*Betty Styles*

Signature

*Tamika Pepper*

Signature

**CONTACT:**

Saw Creek and Pine Ridge Indian Communities Tribal Council

**ATT:** Rosemary Scott-Sumter

1735 Madison Avenue 13E

New York, NY 10029

(212) 369-6016 or (917) 689-0107

3

July 26th , 2021

U.S. District Court of Southern New York

500 Pearl Street

New York, New York 10007

**RE:** Case #: 21-CV-3723

**SUBJECT:** 'Declarant-Witness Unavailable to be Cross-Examine' (he's deceased) and Court of Common Pleas of Pike County Pennsylvania v. Keeba Harris LOTN/OTN; X 301237-6, Docket # CP-52-CR-0000690-2019, CRIMINAL DOCKET Court Case, page 13 of 23 **Entry:** 6/24/2020: 'Motion to Admit Preliminary Testimony Pursuant to Pa. R.E. 804';

Declarant, John Derbyshire died on May 25th, 2020 at his home  4374 Pine ridge Dr. Bushkill, PA. 18324. Declarant reported an out-of-court statement interview (hearsay) at the scene of the alleged crime November 18th, 2019 on the Saw Creek and Pine Ridge Indian Communities Title Hamlet property (Club House) to the Pennsylvania State Police . Mr. Derbyshire's statement testimony at the  Court 's Preliminary Hearing implied the existence of inconsistencies and contradictions in his testimony that reflects his '**Credibility**' .**See SDNY Entry: # 18** Date:  **6/25/21** ( **Police Criminal Complaint 11/18/2019 Complaint/Incident #: PA 19-1526267 'AFFIDAVIT OF PROBABLE CAUSE' and COURT OF COMMON PLEAS COURT Transcript (testimony page 56-79) ; Bushkill, PA Pocono Record and Bushkill, PA-The New Jersey Herald News Article of  Witness, John Derbyshire's death.**

      **HEARSAY**                                                                                    **225 Rule 801**

### ARTICLE VIII HEARSAY

Pa. R.E. 801 (c), which defines hearsay is consistent with Pennsylvania law, although the Pennsylvania cases have usually defined hearsay as an " out –of-court statement, offered to prove the truth of the matter asserted". Instead of the definition used  Pa. R.E. 801 (c) . **See Heddings v. Steele, 514 Pa, 569, 526 A. 2d 349 (1987).** The adoption of the language of the

Federal Rule is not intended to change existing law.


**Rule 802: The Rule against Hearsay- Hearsay is not admissible except as provided by these rules , by other prescribed by the Pennsylvania Supreme Court, or by statue.**

- **225 Rule 802**

    **'Hearsay Exceptions and the Right of Confrontation of a Defendant in a Criminal Case'**


    Rules 803, 803.1 and 804  and the exceptions provided by other rules or by statue are applicable  both in civil and criminal cases. **In a criminal case, however, hearsay that is offered against a defendant under an exception from the hearsay rule provided by these rules or by another rule or statue may sometimes be excluded because( its admission would violate with the defendants right "to be Confronted with the Witnesses Against him or her" under the Sixth Amendment  of the United States Constitution, or to be Confronted with the Witnesses against him or her" under Article I, 9 of the Pa. Constitution)** . The relationship between her-say rule and Confrontation Clause in the Amendment was explained by the U.S. Supreme Court in **California v. Green, 399 U.S. 149. 155-56 (1970).**


    In **Crawford v. Washington, 541 U.S. 36 (2004),** the Supreme Court overruling its prior opinion in **Ohio v. Roberts, 448 U.S. 56 (1980)**, interpreted the Confrontation Clause to prohibit the introduction of **'testimonial"** hearsay from an unavailable Witness against a defendant in a Criminal case unless the defendant had an opportunity to confront and cross-examine the declarant, regardless of its exception from the hearsay qualities as a dying declaration (Pa. R.E. 804 (b) (2).

- **225 Rule 803.1  RULES OF EVIDENCE** -A Witness must be subject to Cross-examination regarding the prior statement. **See Commonwealth v. Romeo, 772 A. 2d 1014, 1017-1018 (Pa. 1999) (2) Prior Statement of Identification by Declarant-Witness.** A prior statement by a declarant-witness identifying a person or thing, made after perceiving the person, or thing, provided that the declarant-witness testifies to the making of the prior statement.


    **Pa. R.E. 803.1 (2)  differs from F.R.E. 801 (d) (1) (c)** in several respects. It requires the Witness to testify to making the identification. This is consistent with Pennsylvania law.

See **Commonwealth v. Ly, 599 A 2d. 613 (Pa. 1991).** The Pennsylvania rule includes identification of a thing in addition to a person.

- **Pa. R. E. 803.1 (3) (C)** makes clear that, to qualify a recorded recollection as an exception to the her-say rule, the Witness must testify that the memorandum or record correctly reflects the knowledge that the Witness once had **'the Witness must vouch for the reliability of the record'**.

- **Rule 804 Exceptions to the Rule against Hear say- when the Declarant is unavailable as a Witness** Rule 803.1(4) cannot be present or testify at the trial because of death **See Exhibits Pocono Bushkill News/New Jersey Herald News articles . See Court Entry 7/8/2021 # 41**

- **Pa. R.E. 804 (b) (1)** in criminal cases the Supreme Court has held that former testimony is admissible against the defendant only if the defendant had a **"full and fair" opportunity to examine the Witness." See Commonwealth v. Bazemore, 614 A. 2 .2d 684 (Pa 1992).**

- Depositions are the most common form in criminal matters. The testimony of Witnesses taken in accordance with Section 5325 (relating to when and how a deposition may be taken outside their Commonwealth) may be read in evidence upon the Trial of any Criminal matter unless it shall appear at the trial that **"the Witness whose deposition has been taken is in attendance" or has been or can be served with a Subpoena to testify, or his attendance otherwise proceed, "in which case the deposition shall not be admissible"**

- 42 Pa. C.S. 5325 sets forth procedure for taking depositions, by either prosecution or defendant, outside Pennsylvania.

- **Rule 613 Inconsistent Statement to Impeach; Witness's Prior Consistent Statement to Rehabilitate** : An inconsistent statement of a witness that does not qualify as an exception to the hearsay rule may still be introduced to impeach the credibility of the witness.

   **Extrinsic Evidence of a Witness's Prior Inconsistent Statement:** is **admissible only** if, during the examination of the witness (3) **an adverse party is given the opportunity to question the witness**. Captive, Toni Scott and Keeba Scott-Harris were man handled by Court Officers in being removed from the court hearings (2) twice and was never allowed to attend any additional Court sessions. .

See **Police Criminal Complaint for John Derbyshire** (SDNY Entry: # 18 6/25/21)  - On November

3

18th, 2019 at 1530 Hrs. Trooper Shamus Kelleher and Joseph Tilton interviewed John Derbyshire, at the scene of Pine Ridge. Derbyshire reported that he received information that several individuals were attempting to break into the office. He advised them to leave and locked himself in the Public Safety Office and over powered him and took his weapon, placed him in the back seat of his vehicle and drove him to the front gate entrance of the development (a maintenance worker's vehicle had blocked their passage) .

See **Court Transcript for Derbyshire (SDNY Entry# 18 6/25/21)**- However, at the court Preliminary hearing Derbyshire testified that he observed 5 males breaking and entering the Pine Ridge Clubhouse, kicking the door, breaking a glass door window, being showed papers, weapons drawn, etc. Mr. Derbyshire's inability to remember inconsistent and contradictions; the subject matter of the statement ( Nov. 18, 2019 Police Complaint and Affidavit of Probable Cause) and testimony was given under oath; was subject to penalty of perjury at the Preliminary hearing . The Court of Common Pleas Pike County Pennsylvania hearsay statement admitted into evidence does not give the opposing party the opportunity to cross-examine the declarant on the statement to explain or deny the making of an inconsistent statement because he's deceased. John Derbyshire resided in the Pine Ridge Development (4 years)in which he was a Public Safety Officer employee 16 months for the Pine Ridge Community Association . John Derbyshire had acquired personal knowledge about Captives, Tonia Scott and Keeba Scott-Harris before November 18th, 2019. **( See Page 73 -74** of John Derbyshire court transcript). ) Derbyshire said quote 'They did not have contact with me' and later recanted and said he had met with Tonia and Keeba and was presented papers but he did not take them, was attempting to keep them on the property until the State Police got there', who were called; they managed to get off of the property prior to that'. In the **'POLICE CRIMINAL COMPLAINT PROBABLE CAUSE** 'there is no mention of Derbyshire having any past or present contact with Tonia Scott-and Keeba Scott-Harris. In the Court transcript Derbyshire testified that his specific duties as Sergeant was to patrol the community, check paperwork, and respond to calls that occurred within the community. Derbyshire stated that he went over to the door and saw three or four gentlemen trying to kick in the door, waving some papers in his face (page 58).; when the Pennsylvania State Police arrived one gentlemen got out of his car and showed the PSP papers (page 68) .Derbyshire said that somebody had papers in their hand... they were waving papers at him which he never saw and never requested to see because that was not part of his job ( page 72) . Regarding September 6th, 2019 when Tonia Scott and Keeba Scott-Harris visit Pine Ridge Mr. Derbyshire said that Keeba and Tonia had papers saying that the community belonged to them and that they owned this building (the Clubhouse) once again he did not take the papers (page 73). Attorney, Galasso question Derbyshire if he ignored the paperwork he said 'Yes Sir'. See page 76

John Derbyshire selectively derelict his duties, in reading documents as required in his job description. Derbyshire benefited financially from stealing monetary proceeds from the dwellers on the land without the authorization from the Saw Creek and Pine Ridge Indian

4

Communities Tribal Government (Land Owner).

See **Police Criminal Complaint  Affidavit of Probable Cause for William White ( See Exhibits
SDNY : # 18 6/25/21.** Pine Ridge Community Manger, William White  reported  he was notified
by a office staffer that several individuals attempting to gain entry into the office section of the
building, he heard  loud noises coming from the upstairs portion of the building, yelling, and
people screaming "Drop the gun" and that he did not visually see anything.; that recent
disputes with a female identified as 'Tonya" (Tonia) and that she had been harassing the
community and claiming that the property the community is located on belongs to her.

See **Court Transcript for William White (**SDNY Entry # 18  6/25/21) : During the court
Preliminary hearing Mr. William White stated that Tonia Scott and Keeba Scott-Harris
September 6th, 2019 visited Pine Ridge property for a meeting but recanted after  cross-
examination  by District Attorney, Tonkin's. Mr. White said that Officer, Derbyshire would  have
been on duty September  6th, 2019 during Tonia and Keeba  visit to Pine Ridge development and
that there was video footage of Officer, Derbyshire showing the event  as it unfolded as they
tried to detain them (Tonia and Keeba) until the State Police got there.   Mr. White stated he
received information from an employee and that he and 2 females locked themselves  in the
manager's office. Mr. White reported  that he was informed by his colleagues that Tonia Scott
and Keeba Scott-Harris  were on the property of Pine Ridge September 6th, 2019 and that more
cameras were installed to protect the facility. On November 18th, 2019 he never saw the Tribal
Officials breaking and entering,  kick down a door, and that the only way he recognize them is
from the Video Camera install in the Clubhouse. Also, Mr. White said he heard yelling and
screaming  and people screaming "Drop the Gun" but could not identify who it was nor could he
say who had weapons or not; that the perpetrators never attempted to enter the office room
his colleagues and him were locked in.

 Mr. White stated during the Preliminary hearing that he could not identify the (5) Saw Creek
and Pine Ridge Indian Communities Law Officer that entered the Pine Ridge Clubhouse  on
November 18th, 2019 but he viewed the individuals on the Clubhouse video cameras on the
date in question. There are additional inconsistent statements in Mr. John Derbyshire and
William White court  Transcript Preliminary hearing testimony  as the Police Criminal Complain-
Affidavit of Probable Cause, **See Exhibits**

Pike County District Attorney, Raymond J. Tonkin during the Preliminary hearing was
interrupted during cross-examination  for 'Leading  the witness' , making  an objection, and
indicating to the Court Officials that the Attorney's questioning to the Witness could  be
'Argumentative' in which the Judge encourage the Attorney to paraphrase. Despite, fabrication
and omission of evidence; improper influence during court proceedings  District Attorney,
Raymond Tonkin continues to Manipulate evidence and suppress evidence causing a serious
miscarriage of justice by violating the laws of the state of Pennsylvania and the U.S Constitution.

5

**I. Law Enforcment Misconduct**

On July 23rd , 2021 Captive,  Keeba Scott-Harris contacted her bio-mother to report that she **was transported from Norristown State Hospital at approximately 12-PM Thursday 7/22/21 and arrived at Pike County Correctional Facility -Lords Valley Campus (County Jail) at 2:30-PM. Keeba reported**:

- Pike County Correctional Facility **attempted to Process her (Take Pictures, finger print, provide medical clearance**, etc) In which she stated she refused to let PCCF Medical provider, Jennifer Bender obtain blood work, take a chest X-ray, TB test, etc.  Keeba said that she indicated to  Jennifer in order to ensure the other PCCF inmates and herself safety she would rather be placed in quarantine for now because her roommate at Norristown State Hospital had contracted the Corona Virus before her departure to PCCF and that she was tested 3 times before leaving in which the results return **'Negative'.**

- She was **not provided  any ' Lunch' upon arrival at PCCF**

- She was **present a 'Smock' gown to wear** instead of a jump suit

- **No foot wear (shoes/slippers) were provided** and  was told that the **only time foot wear would be provided was  when leaving her jail cell (She has a medical history of Chronic Asthma, Allergies, Degenerative Bone lose (Arthritic back, leg pain etc) The Air Conditioner could be a problem due to the cold floor**

- Her jail cell is next to the 'Intake office, **with 24-hour surveillance** ( SNU Monitoring) by PCCF Officers with the **jail cell electrical lighting system on 24-hours**; Unknown how often she would have daily telephone access ( **She was return to the same prison status as before (Maximum Security)**

- **PCCF has her under Suicide Watch unknown why since NSH reported to Court of Common Pleas Pike County, Pennsylvania Judge that she was not incompetent**

- **No utensils provided to eat your food  with** you have to eat with your hand fingers

- She had $200 in her PCCF account and it was unknown where the funds came from. Bio-mother stated it came for IRS EIP 2020 Stimulus Check  EIP I ( $1200) and  EIP II ($600) in which PPCF forged her name and authorized.

- Bio-mother did not have to place any money in her PCCF account because she had transferred $20 over toward PCCF telephone bill and some of the money would be used for the Promissory if PCCF allow her too.

- **No hygiene, Toilet tissue, stationary (writing tools, paper, etc)  products are provided**

- As she was seating on a bench in the  **'Intake area' PCCF Officer,  Landrieu and For shay sat down next to her (directly besides her) as they  attempted to shove her off the bench**

- As she was being escorted by **the PCCF Officers  at times they would attempted to shove her (Nudge) her shoulder several times (trying to provoke her in acting out )**

- **PCCF Officers, Landrieu and Far shay were  perpetrators  are named in sibling, Tonia Scott US Court of Appeals  42 USC 1983 Complaint**

- That some of the same PCCF employees continue to be employed at the County Jail, harass, threaten, and use physical excessive force with the her despite, they wer name as Defendants  in her 42 U.S. C. 1983  Complaint


## II. Pennsylvania  State Court records (Civil/Criminal) of Keeba Harris Publicized :

1. Harris  v. Tonkin et al 2:2021cv00861 | US District Court for …

› **pennsylvaniadockets.justia.com › docket**

**Feb 23, 2021 ·** Keeba Scott Harris: Defendant: OFFICER RAYMOND TONKIN and CRAIG LOWE: Case Number: 2:2021cv00861: Filed: February 23, 2021: Court: US District Court for the Eastern District of Pennsylvania: Presiding Judge: TIMOTHY J SAVAGE: Nature of Suit: Prisoner Petitions: Civil Rights: Cause of Action: 42:1983: Jury Demanded By: None

2. **Harris v. Tonkin et al** 1:2020cv02050 | US District Court for …

**dockets.justia.com › docket › pennsylvania**

**Nov 05, 2020 · Plaintiff: Keeba Scott Harris: Defendant: Craig A. Lowe and Raymond Tonkin:** Case Number: 1:2020cv02050: Filed: November 5, 2020: Court: US District Court for the …

**3. Harris v. Tonkin et al (1**:20-cv-02050), Pennsylvania Middle …

www.pacermonitor.com › Harris_v_Tonkin_et_al

Harris v. Tonkin et al (1:20-cv-02050), Pennsylvania Middle District Court, Filed: **11/05/2020** -
PacerMonitor Mobile Federal and Bankruptcy Court PACER Dockets

### 4. **Harris v Tonkin et al | 1:20-CV-02050 | Court Records - UniCourt**

**unicourt.com › case › pc**-db5-harris-v-tonkin-et-al

Case Summary. On 11/05/2020 Harris filed a Prisoner - Civil Right lawsuit against Tonkin. This
case was filed in U.S. District Courts, Pennsylvania Middle District. The Judges overseeing this
case are Yvette Kane and MA. The case status is Pending - Other Pending.

5. **HARRIS v. TONKIN** | No. 21-CV-1246 (CM). ... | 20210219e49 ...

**www.leagle.com › decision › infdco20210219e49**

**Feb 16, 2021** · Accordingly, venue lies in the Eastern District of Pennsylvania, 28 U.S.C. § 1391(b)
(2), and this action is transferred to the United States District Court for the Eastern District of
Pennsylvania, 28 U.S.C. § 1406(a). CONCLUSION. The Clerk of Court is directed to mail a copy of
this order to Plaintiff and note service on the docket.

6. **Harris v. Tonkin et al (1:21-cv-01246)**, New York Southern ...

www.pacermonitor.com › Harris_v_Tonkin_et_al

**7. Feb 11, 2021 · Harris v. Tonkin et al (1:21-cv-01246**), New York Southern District Court, Filed:
02/11/2021 - PacerMonitor Mobile Federal and Bankruptcy Court PACER Dockets

### 8. **Harris v. Tonkin et al 1:2021cv01246 | US District Court for ...**

**dockets.justia.com › docket › new-york**

**Feb 11, 2021** · Plaintiff: Keeba Scott Harris: Defendant: Craig Lowe and Raymond Tonkin: Case
Number: 1:2021cv01246: Filed: February 11, 2021: Court: US District Court for the Southern
District of New York

### 9. **Harris v. Tonkin et al - docs.justia.com**

**docs.justia.com › cases › federal**

The Court certifies under 28 U.S.C. 1915(a)(3) that any appeal from this order would not be
taken in good faith, and therefore in forma pauperis status is denied for the purpose of an
appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant
demonstrates good faith when he seeks review of a nonfrivolous issue).

3

## 10. SCOTT v. TONKIN et al 2:2020cv05412 | US District Court for ...

### dockets.justia.com › docket › pennsylvania

**Oct 29, 2020** · JESSICA KEITH and RAYMOND TONKIN: Case Number: 2:2020cv05412: Filed: October 29, 2020: Court: US District Court for the Eastern District of Pennsylvania: Presiding Judge: EDUARDO C ROBRENO: Nature of Suit: Prisoner Petitions: Civil Rights: Cause of Action: 42:1983: Jury Demanded By: None

### 11. Ads related to: keeba harris v raymond tonkin pennsylvania court case brief

### Pa Court Records - Find Pa Court Records Online

www.publicrecordsofficial.com › Pa-Court

See Anyones Pa Court Records. Enter a Name & Find Anyone! Find Out Everything About Anyone!



Home  › Case Search

*Our menu navigation has changed. Click here to learn more.*

## Case Search

Help

If you are searching for appellate court cases, you must choose the 'Appellate' or 'Docket Number' option.

| | | |
|---|---|---|
| * Search By: | **Participant Name** | ∨ |
| Advanced Search: | ☐ | |
| Date Filed Start Date: | mm/dd/yyyy | (One or more of these fields is required) |
| Date Filed End Date: | mm/dd/yyyy | (One or more of these fields is required) |
| County: | **Pike** | ∨ (One or more of these fields is required) |
| * Participant Last Name: | **Harris** | |
| * Participant First Name: | **Keeba** | |
| Date of Birth: | **11/04/1976** | |
| Docket Type: | | ∨ (One or more of these fields is required) |
| Case Status: | | ∨ (One or more of these fields is required) |

| | Case Information | Calendar Events |

| Docket Number | Court Type | Case Caption | Case Status | Filing Date | Primary Participant(s) | Date Of Birth(s) | County | Court Office | OTN | Complaint # | Incident # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MJ-60304-CR-0000204-2019 | Magisterial District | Comm. v. Harris, Keeba | Closed | 11/19/2019 | Harris, Keeba | 11/04/1976 | Pike | MDJ-60-3-04 | X3012376 | PA191526267 | |
| CP-52-MD-0000146-2019 | Common Pleas | Comm. v. Harris, Keeba | Active | 11/21/2019 | Harris, Keeba | 11/04/1976 | Pike | CP-60-52-Crim | X3012376 | PA191526267 | |
| CP-52-CR-0000690-2019 | Common Pleas | Comm. v. Harris, Keeba | Active | 12/13/2019 | Harris, Keeba | 11/04/1976 | Pike | CP-60-52-Crim | X3012376 | PA191526267 | |

**Additional Info**

*[handwritten]* ✱ The Court added ✱
add. Charges
Since 7-15-21
See attachment

*Home* › *Case Search*

Our menu navigation has changed. Click here to learn more.

## Case Search

*. If you are searching for appellate court cases, you must choose the 'Appellate' or 'Docket Number' option.*

| | | |
|---|---|---|
| * Search By: | Participant Name | |
| Advanced Search: | [ ] | |
| Date Filed Start Date: | mm/dd/yyyy | (One or more of these fields is required) |
| Date Filed End Date: | mm/dd/yyyy | (One or more of these fields is required) |
| County: | | (One or more of these fields is required) |
| * Participant Last Name: | Harris | |
| * Participant First Name: | Keeba | |
| Date of Birth: | 11/04/1976 | |
| Docket Type: | Criminal | (One or more of these fields is required) |
| Case Status: | Active | (One or more of these fields is required) |

**Case Information**   **Calendar Events**

| Docket Number | Court Type | Case Caption | Case Status | Filing Date | Primary Participant(s) | Date Of Birth(s) | County | Court Office | OTN | Complaint / Incident |
|---|---|---|---|---|---|---|---|---|---|---|
| CP-52-CR-0000690-2019 | Common Pleas | Comm. v. Harris, Keeba | Active | 12/13/2019 | Harris, Keeba | 11/04/1976 | Pike | CP-50-52-Crim | X3012376 | PA191526267 |

Additional Info

# COURT OF COMMON PLEAS OF PIKE COUNTY

## DOCKET



**Docket Number: CP-52-CR-0000690-2019**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Keeba Harris

Page 1 of 23

## CASE INFORMATION

Judge Assigned:                                              Date Filed: 12/13/2019          Initiation Date: 11/18/2019

OTN: X 301237-6            LOTN: X 301237-6        Originating Docket No: MJ-60304-CR-0000204-2019

Initial Issuing Authority: The Honorable Paul D. Menditto Sr.     Final Issuing Authority: The Honorable Paul D. Menditto Sr.

Arresting Agency: PSP - Blooming Grove               Arresting Officer: Theodore, Edward P.

Complaint/Citation No.: PA191526267                    Incident Number:

Case Local Number Type(s)                               Case Local Number(s)

## RELATED CASES

| Related Docket No | Related Case Caption | Related Court | Association Reason |
|---|---|---|---|
| **Related** | | | |
| CP-52-CR-0000682-2019 | Comm. v. Roxburgh, Alex Michael | CP-60-52-Crim | District Attorney will try cases together |
| CP-52-CR-0000687-2019 | Comm. v. Scott, Tonia | CP-60-52-Crim | District Attorney will try cases together |
| CP-52-CR-0000688-2019 | Comm. v. Abdur-Rahim, Musa | CP-60-52-Crim | District Attorney will try cases together |
| CP-52-CR-0000689-2019 | Comm. v. Adams-Heylinger, Sushane Steron | CP-60-52-Crim | District Attorney will try cases together |
| CP-52-CR-0000691-2019 | Comm. v. Rashid-Abdullah, Sekou | CP-60-52-Crim | District Attorney will try cases together |
| CP-52-CR-0000692-2019 | Comm. v. Rahim, Adam Abdur | CP-60-52-Crim | District Attorney will try cases together |
| CP-52-CR-0000693-2019 | Comm. v. Sutton, Troy Anthony | CP-60-52-Crim | District Attorney will try cases together |
| CP-52-CR-0000687-2019 | Comm. v. Scott, Tonia | CP-60-52-Crim | DA Will Try cases together |
| CP-52-CR-0000096-2020 | Comm. v. Scott, Tonia | CP-60-52-Crim | DA Will Try cases together |
| CP-52-CR-0000687-2019 | Comm. v. Scott, Tonia | CP-60-52-Crim | District Attorney will Try Cases Together |
| CP-52-CR-0000688-2019 | Comm. v. Abdur-Rahim, Musa | CP-60-52-Crim | District Attorney will Try Cases Together |
| CP-52-CR-0000689-2019 | Comm. v. Adams-Heylinger, Sushane Steron | CP-60-52-Crim | District Attorney will Try Cases Together |
| CP-52-CR-0000691-2019 | Comm. v. Rashid-Abdullah, Sekou | CP-60-52-Crim | District Attorney will Try Cases Together |
| CP-52-CR-0000692-2019 | Comm. v. Rahim, Adam Abdur | CP-60-52-Crim | District Attorney will Try Cases Together |
| CP-52-CR-0000693-2019 | Comm. v. Sutton, Troy Anthony | CP-60-52-Crim | District Attorney will Try Cases Together |
| CP-52-CR-0000096-2020 | Comm. v. Scott, Tonia | CP-60-52-Crim | District Attorney will Try Cases Together |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PIKE COUNTY

## DOCKET



**Docket Number: CP-52-CR-0000690-2019**

# CRIMINAL DOCKET

### Court Case

Commonwealth of Pennsylvania

v.

Keeba Harris

Page 2 of 23

## STATUS INFORMATION

| | | | | |
|---|---|---|---|---|
| Case Status: | Active | Status Date | Processing Status | Arrest Date: 11/18/2019 |
| | | 01/27/2020 | Awaiting Formal Arraignment | |
| | | 12/13/2019 | Awaiting Filing of Information | |

Complaint Date: 11/19/2019

## CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Formal Arraignment | 01/30/2020 | 1:00 pm | | President Judge Gregory H. Chelak | Scheduled |
| Formal Arraignment | 02/05/2020 | 2:00 pm | | President Judge Gregory H. Chelak | Scheduled |
| Formal Arraignment | 03/02/2020 | 9:30 am | | President Judge Gregory H. Chelak | Scheduled |
| Motions Hearing | 06/26/2020 | 2:00 pm | | President Judge Gregory H. Chelak | Scheduled |
| Motions Hearing | 09/04/2020 | 1:45 pm | | President Judge Gregory H. Chelak | Scheduled |
| Hearing | 11/17/2020 | 11:30 am | | President Judge Gregory H. Chelak | Scheduled |
| Hearing | 04/14/2021 | 11:00 am | | President Judge Gregory H. Chelak | Scheduled |
| Hearing | 07/09/2021 | 11:30 am | | President Judge Gregory H. Chelak | Scheduled |

## CONFINEMENT INFORMATION

| Confinement Known As Of | Confinement Type | Destination Location | Confinement Reason | Still in Custody |
|---|---|---|---|---|
| 11/19/2019 | County Correctional Facility | Pike County Prison | | Yes |

## DEFENDANT INFORMATION

| | | | |
|---|---|---|---|
| Date Of Birth: | 11/04/1976 | City/State/Zip: | Bushkill, PA  18324 |

## CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Harris, Keeba |

CPCMS 9082

Printed: 07/26/2021

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PIKE COUNTY



## DOCKET



**Docket Number: CP-52-CR-0000690-2019**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Keeba Harris

Page 3 of 23

## BAIL INFORMATION

**Harris, Keeba**                                                                                    Nebbia Status: None

| Bail Action | Date | Bail Type | Percentage | Amount | Bail Posting Status | Posting Date |
|---|---|---|---|---|---|---|
| Denied | 11/18/2019 | | | $0.00 | | |

## CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 1 | 19 | F1 | 18 § 2717 §§ A1 | Terrorism - Intimidate or Coerce a Civilian Population | 11/18/2019 | X 301237-6 |
| 2 | 75 | F1 | 18 § 903 | Conspiracy - Terrorism - Intimidate or Coerce a Civilian Population | 11/18/2019 | X 301237-6 |
| 3 | 21 | F1 | 18 § 2901 §§ A2 | Kidnap To Facilitate A Felony | 11/18/2019 | X 301237-6 |
| 4 | 22 | F1 | 18 § 2901 §§ A3 | Kidnap To Inflict Inj/Terror | 11/18/2019 | X 301237-6 |
| 5 | 76 | F1 | 18 § 903 | Conspiracy - Kidnap To Facilitate A Felony | 11/18/2019 | X 301237-6 |
| 6 | 72 | M2 | 18 § 2903 §§ A | False Imprisonment | 11/18/2019 | X 301237-6 |
| 7 | 70 | M1 | 18 § 2902 §§ A1 | Unlawful Restraint/ Serious Bodily Injury | 11/18/2019 | X 301237-6 |
| 8 | 81 | F1 | 18 § 903 | Conspiracy - Robbery-Inflict Serious Bodily Injury | 11/18/2019 | X 301237-6 |
| 9 | 84 | F1 | 18 § 3701 §§ A1II | Robbery-Threat Immed Ser Injury | 11/18/2019 | X 301237-6 |
| 10 | 61 | F1 | 18 § 3701 §§ A1III | Robbery-Commit Threat 1st/2nd Deg Fel | 11/18/2019 | X 301237-6 |
| 11 | 85 | F1 | 18 § 3701 §§ A1III | Robbery-Commit Threat 1st/2nd Deg Fel | 11/18/2019 | X 301237-6 |
| 12 | 1 | F2 | 18 § 3701 §§ A1IV | Robbery-Inflict Threat Imm Bod Inj | 11/18/2019 | X 301237-6 |
| 13 | 91 | F3 | 18 § 3701 §§ A1V | Robbery-Take Property Fr Other/Force | 11/18/2019 | X 301237-6 |
| 14 | 67 | F3 | 18 § 3701 §§ A1V | Robbery-Take Property Fr Other/Force | 11/18/2019 | X 301237-6 |
| 15 | 64 | F1 | 18 § 3702 §§ A | Robbery Of Motor Vehicle | 11/18/2019 | X 301237-6 |
| 16 | 78 | F1 | 18 § 3702 §§ A | Robbery Of Motor Vehicle | 11/18/2019 | X 301237-6 |
| 17 | 60 | F1 | 18 § 903 | Conspiracy - Robbery-Threat Immed Ser Injury | 11/18/2019 | X 301237-6 |
| 18 | 79 | F2 | 18 § 3921 §§ A | Theft By Unlaw Taking-Movable Prop | 11/18/2019 | X 301237-6 |
| 19 | 80 | F1 | 18 § 901 §§ A | Criminal Attempt - Theft By Unlaw Taking-Immovable Prop | 11/18/2019 | X 301237-6 |
| 20 | 16 | F1 | 18 § 903 | Conspiracy - Theft By Unlaw Taking-Movable Prop | 11/18/2019 | X 301237-6 |
| 21 | 77 | F1 | 18 § 3502 §§ A3 | Burglary - Not Adapted for Overnight Accommodation, Person Present | 11/18/2019 | X 301237-6 |
| 22 | 23 | F1 | 18 § 903 | Conspiracy - Burglary - Not Adapted for Overnight Accommodation, Person Present | 11/18/2019 | X 301237-6 |
| 23 | 63 | F2 | 18 § 3503 §§ A1II | Crim Tres-Break Into Structure | 11/18/2019 | X 301237-6 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PIKE COUNTY
## DOCKET



**Docket Number: CP-52-CR-0000690-2019**
# CRIMINAL DOCKET
#### Court Case

Commonwealth of Pennsylvania

Page 4 of 23

v.

Keeba Harris

### CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|------|-----------|-------|---------|---------------------|-------------|-----|
| 24 | 66 | F3 | 18 § 3304 §§ A5 | Criminal Mischief - Damage Property | 11/18/2019 | X 301237-6 |
| 25 | 89 | M1 | 18 § 2706 §§ A3 | Terroristic Threats Cause Serious Public Inconv. | 11/18/2019 | X 301237-6 |
| 26 | 88 | F3 | 18 § 2706 §§ A1 | Terroristic Threats W/ Int To Terrorize Another | 11/18/2019 | X 301237-6 |
| 27 | 87 | F3 | 18 § 2706 §§ A1 | Terroristic Threats W/ Int To Terrorize Another | 11/18/2019 | X 301237-6 |
| 28 | 83 | F1 | 18 § 2702 §§ A1 | Aggravated Assault | 11/18/2019 | X 301237-6 |
| 29 | 97 | M2 | 18 § 2701 §§ A3 | Simple Assault | 11/18/2019 | X 301237-6 |
| 30 | 98 | M2 | 18 § 2701 §§ A3 | Simple Assault | 11/18/2019 | X 301237-6 |
| 31 | 99 | M2 | 18 § 2701 §§ A3 | Simple Assault | 11/18/2019 | X 301237-6 |
| 32 | 101 | M2 | 18 § 2705 | Recklessly Endangering Another Person | 11/18/2019 | X 301237-6 |
| 33 | 100 | M2 | 18 § 2705 | Recklessly Endangering Another Person | 11/18/2019 | X 301237-6 |
| 50 | 17 | F3 | 18 § 2706 §§ A1 | Terroristic Threats W/ Int To Terrorize Another | 11/18/2019 | X 301237-6 |
| 51 | 18 | F1 | 18 § 2702 §§ A1 | Aggravated Assault | 11/18/2019 | X 301237-6 |
| 52 | 20 | F1 | 18 § 2901 §§ A1 | Kidnapping For Ransom | 11/18/2019 | X 301237-6 |
| 53 | 59 | M2 | 18 § 2701 §§ A1 | Simple Assault | 11/18/2019 | X 301237-6 |
| 54 | 62 | F2 | 18 § 2702 §§ A4 | Aggravated Assault | 11/18/2019 | X 301237-6 |
| 55 | 65 | F3 | 18 § 2706 §§ A2 | Terroristic Threats Cause Evacuation Of Bldg Etc | 11/18/2019 | X 301237-6 |
| 56 | 68 | F3 | 18 § 6106 §§ A1 | Firearms Not To Be Carried W/O License | 11/18/2019 | X 301237-6 |
| 57 | 69 | F3 | 18 § 907 §§ C | Unlawful Body Armor | 11/18/2019 | X 301237-6 |
| 58 | 71 | M1 | 18 § 907 §§ B | Possession Of Weapon | 11/18/2019 | X 301237-6 |
| 59 | 73 | M2 | 18 § 2701 §§ A3 | Simple Assault | 11/18/2019 | X 301237-6 |
| 60 | 74 | M2 | 18 § 2705 | Recklessly Endangering Another Person | 11/18/2019 | X 301237-6 |
| 61 | 82 | F2 | 18 § 908.1 §§ A2 | Possesses Incapacitation Device W/ Int | 11/18/2019 | X 301237-6 |
| 62 | 86 | F2 | 18 § 2702 §§ A4 | Aggravated Assault | 11/18/2019 | X 301237-6 |
| 63 | 90 | F3 | 18 § 2706 §§ A1 | Terroristic Threats W/ Int To Terrorize Another | 11/18/2019 | X 301237-6 |
| 64 | 92 | M2 | 18 § 2701 §§ A1 | Simple Assault | 11/18/2019 | X 301237-6 |
| 65 | 93 | M2 | 18 § 2701 §§ A1 | Simple Assault | 11/18/2019 | X 301237-6 |
| 66 | 94 | M2 | 18 § 2701 §§ A1 | Simple Assault | 11/18/2019 | X 301237-6 |
| 67 | 95 | M2 | 18 § 2701 §§ A1 | Simple Assault | 11/18/2019 | X 301237-6 |
| 68 | 96 | M2 | 18 § 2701 §§ A3 | Simple Assault | 11/18/2019 | X 301237-6 |
| 69 | 102 | M2 | 18 § 2705 | Recklessly Endangering Another Person | 11/18/2019 | X 301237-6 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PIKE COUNTY

## DOCKET



**Docket Number: CP-52-CR-0000690-2019**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Keeba Harris

Page 5 of 23

### CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|------|-----------|-------|---------|---------------------|-------------|-----|
| 70 | 103 | M2 | 18 § 2705 | Recklessly Endangering Another Person | 11/18/2019 | X 301237-6 |

### DISPOSITION SENTENCING/PENALTIES

Disposition

| Case Event | Disposition Date | Final Disposition | |
|------------|------------------|-------------------|---|
| _Sequence/Description_ | _Offense Disposition_ | _Grade_ | _Section_ |
| Sentencing Judge | Sentence Date | Credit For Time Served | |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | Start Date | |
| Sentence Conditions | | | |

| **Held for Court (Lower Court)** | **Defendant Was Present** | | |
|---|---|---|---|
| Lower Court Disposition | 12/09/2019 | Not Final | |
| 1 / Terrorism - Intimidate or Coerce a Civilian Population | Held for Court (Lower Court) | F1 | 18 § 2717 §§ A1 |
| 2 / Conspiracy - Terrorism - Intimidate or Coerce a Civilian Population | Held for Court (Lower Court) | F1 | 18 § 903 |
| 3 / Kidnap To Facilitate A Felony | Held for Court (Lower Court) | F1 | 18 § 2901 §§ A2 |
| 4 / Kidnap To Inflict Inj/Terror | Held for Court (Lower Court) | F1 | 18 § 2901 §§ A3 |
| 5 / _Conspiracy - Kidnap To Facilitate A Felony_ | _Dismissed (Lower Court)_ | _F1_ | _18 § 903_ |
| 6 / False Imprisonment | Held for Court (Lower Court) | M2 | 18 § 2903 §§ A |
| 7 / Unlawful Restraint/ Serious Bodily Injury | Held for Court (Lower Court) | M1 | 18 § 2902 §§ A1 |
| 8 / Conspiracy - Robbery-Inflict Serious Bodily Injury | Held for Court (Lower Court) | F1 | 18 § 903 |
| 9 / Robbery-Threat Immed Ser Injury | Held for Court (Lower Court) | F1 | 18 § 3701 §§ A1II |
| 10 / Robbery-Commit Threat 1st/2nd Deg Fel | Held for Court (Lower Court) | F1 | 18 § 3701 §§ A1III |
| 11 / Robbery-Commit Threat 1st/2nd Deg Fel | Held for Court (Lower Court) | F1 | 18 § 3701 §§ A1III |
| 12 / Robbery-Inflict Threat Imm Bod Inj | Held for Court (Lower Court) | F2 | 18 § 3701 §§ A1IV |
| 13 / Robbery-Take Property Fr Other/Force | Held for Court (Lower Court) | F3 | 18 § 3701 §§ A1V |
| 14 / Robbery-Take Property Fr Other/Force | Held for Court (Lower Court) | F3 | 18 § 3701 §§ A1V |
| 15 / Robbery Of Motor Vehicle | Held for Court (Lower Court) | F1 | 18 § 3702 §§ A |
| 16 / Robbery Of Motor Vehicle | Held for Court (Lower Court) | F1 | 18 § 3702 §§ A |
| 17 / Conspiracy - Robbery-Threat Immed Ser Injury | Held for Court (Lower Court) | F1 | 18 § 903 |
| 18 / Theft By Unlaw Taking-Movable Prop | Held for Court (Lower Court) | F2 | 18 § 3921 §§ A |
| 19 / Criminal Attempt - Theft By Unlaw Taking-Immovable Prop | Held for Court (Lower Court) | F1 | 18 § 901 §§ A |
| 20 / Conspiracy - Theft By Unlaw Taking-Movable Prop | Held for Court (Lower Court) | F1 | 18 § 903 |
| 21 / Burglary - Not Adapted for Overnight Accommodation, Person Present | Held for Court (Lower Court) | F1 | 18 § 3502 §§ A3 |
| 22 / Conspiracy - Burglary - Not Adapted for Overnight Accommodation, Person Present | Held for Court (Lower Court) | F1 | 18 § 903 |
| 23 / Crim Tres-Break Into Structure | Held for Court (Lower Court) | F2 | 18 § 3503 §§ A1I |
| 24 / Criminal Mischief - Damage Property | Held for Court (Lower Court) | F3 | 18 § 3304 §§ A5 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa C.S. Section 9183

# COURT OF COMMON PLEAS OF PIKE COUNTY
## DOCKET



**Docket Number: CP-52-CR-0000690-2019**
# CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania

v.

Keeba Harris

Page 6 of 23

## DISPOSITION SENTENCING/PENALTIES

Disposition

| Case Event Sequence/Description Sentencing Judge Sentence/Diversion Program Type Sentence Conditions | Disposition Date Offense Disposition Sentence Date Incarceration/Diversionary Period | Final Disposition Grade | Section Credit For Time Served Start Date |
|---|---|---|---|
| 25 / Terroristic Threats Cause Serious Public Inconv. | Held for Court (Lower Court) | M1 | 18 § 2706 §§ A3 |
| 26 / Terroristic Threats W/ Int To Terrorize Another | Held for Court (Lower Court) | F3 | 18 § 2706 §§ A1 |
| 27 / Terroristic Threats W/ Int To Terrorize Another | Held for Court (Lower Court) | F3 | 18 § 2706 §§ A1 |
| 28 / Aggravated Assault | Held for Court (Lower Court) | F1 | 18 § 2702 §§ A1 |
| 29 / Simple Assault | Held for Court (Lower Court) | M2 | 18 § 2701 §§ A3 |
| 30 / Simple Assault | Held for Court (Lower Court) | M2 | 18 § 2701 §§ A3 |
| 31 / Simple Assault | Held for Court (Lower Court) | M2 | 18 § 2701 §§ A3 |
| 32 / Recklessly Endangering Another Person | Held for Court (Lower Court) | M2 | 18 § 2705 |
| 33 / Recklessly Endangering Another Person | Held for Court (Lower Court) | M2 | 18 § 2705 |
| 50 / Terroristic Threats W/ Int To Terrorize Another | Dismissed (Lower Court) | F3 | 18 § 2706 §§ A1 |
| 51 / Aggravated Assault | Held for Court (Lower Court) | F1 | 18 § 2702 §§ A1 |
| 52 / Kidnapping For Ransom | Dismissed (Lower Court) | F1 | 18 § 2901 §§ A1 |
| 53 / Simple Assault | Dismissed (Lower Court) | M2 | 18 § 2701 §§ A1 |
| 54 / Aggravated Assault | Held for Court (Lower Court) | F2 | 18 § 2702 §§ A4 |
| 55 / Terroristic Threats Cause Evacuation Of Bldg Etc | Held for Court (Lower Court) | F3 | 18 § 2706 §§ A2 |
| 56 / Firearms Not To Be Carried W/O License | Held for Court (Lower Court) | F3 | 18 § 6106 §§ A1 |
| 57 / Unlawful Body Armor | Held for Court (Lower Court) | F3 | 18 § 907 §§ C |
| 58 / Possession Of Weapon | Held for Court (Lower Court) | M1 | 18 § 907 §§ B |
| 59 / Simple Assault | Dismissed (Lower Court) | M2 | 18 § 2701 §§ A3 |
| 60 / Recklessly Endangering Another Person | Dismissed (Lower Court) | M2 | 18 § 2705 |
| 61 / Possesses Incapacitation Device W/ Int | Dismissed (Lower Court) | F2 | 18 § 908.1 §§ A2 |
| 62 / Aggravated Assault | Held for Court (Lower Court) | F2 | 18 § 2702 §§ A4 |
| 63 / Terroristic Threats W/ Int To Terrorize Another | Held for Court (Lower Court) | F3 | 18 § 2706 §§ A1 |
| 64 / Simple Assault | Held for Court (Lower Court) | M2 | 18 § 2701 §§ A1 |
| 65 / Simple Assault | Held for Court (Lower Court) | M2 | 18 § 2701 §§ A1 |
| 66 / Simple Assault | Held for Court (Lower Court) | M2 | 18 § 2701 §§ A1 |
| 67 / Simple Assault | Held for Court (Lower Court) | M2 | 18 § 2701 §§ A1 |
| 68 / Simple Assault | Held for Court (Lower Court) | M2 | 18 § 2701 §§ A3 |
| 69 / Recklessly Endangering Another Person | Held for Court (Lower Court) | M2 | 18 § 2705 |
| 70 / Recklessly Endangering Another Person | Held for Court (Lower Court) | M2 | 18 § 2705 |

**Proceed to Court**

| Information Filed | 01/27/2020 | Not Final | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PIKE COUNTY

## DOCKET



**Docket Number: CP-52-CR-0000690-2019**
# CRIMINAL DOCKET

#### Court Case

Commonwealth of Pennsylvania

v.

Keeba Harris

Page 7 of 23

### DISPOSITION SENTENCING/PENALTIES

Disposition

| Case Event | Disposition Date | Final Disposition | |
|---|---|---|---|
| Sequence/Description | Offense Disposition | Grade | Section |
| Sentencing Judge | Sentence Date | | Credit For Time Served |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | | Start Date |
| Sentence Conditions | | | |
| 1 / Terrorism - Intimidate or Coerce a Civilian Population | Proceed to Court | F1 | 18 § 2717 §§ A1 |
| 2 / Conspiracy - Terrorism - Intimidate or Coerce a Civilian Population | Proceed to Court | F1 | 18 § 903 |
| 3 / Kidnap To Facilitate A Felony | Proceed to Court | F1 | 18 § 2901 §§ A2 |
| 4 / Kidnap To Inflict Inj/Terror | Proceed to Court | F1 | 18 § 2901 §§ A3 |
| 5 / Conspiracy - Kidnap To Facilitate A Felony | Proceed to Court | F1 | 18 § 903 |
| 6 / False Imprisonment | Proceed to Court | M2 | 18 § 2903 §§ A |
| 7 / Unlawful Restraint/ Serious Bodily Injury | Proceed to Court | M1 | 18 § 2902 §§ A1 |
| 8 / Conspiracy - Robbery-Inflict Serious Bodily Injury | Proceed to Court | F1 | 18 § 903 |
| 9 / Robbery-Threat Immed Ser Injury | Proceed to Court | F1 | 18 § 3701 §§ A1II |
| 10 / Robbery-Commit Threat 1st/2nd Deg Fel | Proceed to Court | F1 | 18 § 3701 §§ A1IJI |
| 11 / Robbery-Commit Threat 1st/2nd Deg Fel | Proceed to Court | F1 | 18 § 3701 §§ A1III |
| 12 / Robbery-Inflict Threat Imm Bod Inj | Proceed to Court | F2 | 18 § 3701 §§ A1IV |
| 13 / Robbery-Take Property Fr Other/Force | Proceed to Court | F3 | 18 § 3701 §§ A1V |
| 14 / Robbery-Take Property Fr Other/Force | Proceed to Court | F3 | 18 § 3701 §§ A1V |
| 15 / Robbery Of Motor Vehicle | Proceed to Court | F1 | 18 § 3702 §§ A |
| 16 / Robbery Of Motor Vehicle | Proceed to Court | F1 | 18 § 3702 §§ A |
| 17 / Conspiracy - Robbery-Threat Immed Ser Injury | Proceed to Court | F1 | 18 § 903 |
| 18 / Theft By Unlaw Taking-Movable Prop | Proceed to Court | F2 | 18 § 3921 §§ A |
| 19 / Criminal Attempt - Theft By Unlaw Taking-Immovable Prop | Proceed to Court | F1 | 18 § 901 §§ A |
| 20 / Conspiracy - Theft By Unlaw Taking-Movable Prop | Proceed to Court | F1 | 18 § 903 |
| 21 / Burglary - Not Adapted for Overnight Accommodation, Person Present | Proceed to Court | F1 | 18 § 3502 §§ A3 |
| 22 / Conspiracy - Burglary - Not Adapted for Overnight Accommodation, Person Present | Proceed to Court | F1 | 18 § 903 |
| 23 / Crim Tres-Break Into Structure | Proceed to Court | F2 | 18 § 3503 §§ A1II |
| 24 / Criminal Mischief - Damage Property | Proceed to Court | F3 | 18 § 3304 §§ A5 |
| 25 / Terroristic Threats Cause Serious Public Inconv. | Proceed to Court | M1 | 18 § 2706 §§ A3 |
| 26 / Terroristic Threats W/ Int To Terrorize Another | Proceed to Court | F3 | 18 § 2706 §§ A1 |
| 27 / Terroristic Threats W/ Int To Terrorize Another | Proceed to Court | F3 | 18 § 2706 §§ A1 |
| 28 / Aggravated Assault | Proceed to Court | F1 | 18 § 2702 §§ A1 |
| 29 / Simple Assault | Proceed to Court | M2 | 18 § 2701 §§ A3 |

CPCMS 9082

Printed: 07/26/2021

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PIKE COUNTY

## DOCKET



**Docket Number: CP-52-CR-0000690-2019**
# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania
v.
Keeba Harris

Page 8 of 23

## DISPOSITION SENTENCING/PENALTIES

Disposition

| Case Event Sequence/Description Sentencing Judge Sentence/Diversion Program Type Sentence Conditions | Disposition Date Offense Disposition Sentence Date Incarceration/Diversionary Period | Final Disposition Grade     Section Credit For Time Served Start Date |
|---|---|---|
| 30 / Simple Assault | Proceed to Court | M2 | 18 § 2701 §§ A3 |
| 31 / Simple Assault | Proceed to Court | M2 | 18 § 2701 §§ A3 |
| 32 / Recklessly Endangering Another Person | Proceed to Court | M2 | 18 § 2705 |
| 33 / Recklessly Endangering Another Person | Proceed to Court | M2 | 18 § 2705 |
| 50 / Terroristic Threats W/ Int To Terrorize Another | Dismissed by Information | F3 | 18 § 2706 §§ A1 |
| 51 / Aggravated Assault | Dismissed by Information | F1 | 18 § 2702 §§ A1 |
| 52 / Kidnapping For Ransom | Dismissed by Information | F1 | 18 § 2901 §§ A1 |
| 53 / Simple Assault | Dismissed by Information | M2 | 18 § 2701 §§ A1 |
| 54 / Aggravated Assault | Dismissed by Information | F2 | 18 § 2702 §§ A4 |
| 55 / Terroristic Threats Cause Evacuation Of Bldg Etc | Dismissed by Information | F3 | 18 § 2706 §§ A2 |
| 56 / Firearms Not To Be Carried W/O License | Dismissed by Information | F3 | 18 § 6106 §§ A1 |
| 57 / Unlawful Body Armor | Dismissed by Information | F3 | 18 § 907 §§ C |
| 58 / Possession Of Weapon | Dismissed by Information | M1 | 18 § 907 §§ B |
| 59 / Simple Assault | Dismissed by Information | M2 | 18 § 2701 §§ A3 |
| 60 / Recklessly Endangering Another Person | Dismissed by Information | M2 | 18 § 2705 |
| 61 / Possesses Incapacitation Device W/ Int | Dismissed by Information | F2 | 18 § 908.1 §§ A2 |
| 62 / Aggravated Assault | Dismissed by Information | F2 | 18 § 2702 §§ A4 |
| 63 / Terroristic Threats W/ Int To Terrorize Another | Dismissed by Information | F3 | 18 § 2706 §§ A1 |
| 64 / Simple Assault | Dismissed by Information | M2 | 18 § 2701 §§ A1 |
| 65 / Simple Assault | Dismissed by Information | M2 | 18 § 2701 §§ A1 |
| 66 / Simple Assault | Dismissed by Information | M2 | 18 § 2701 §§ A1 |
| 67 / Simple Assault | Dismissed by Information | M2 | 18 § 2701 §§ A1 |
| 68 / Simple Assault | Dismissed by Information | M2 | 18 § 2701 §§ A3 |
| 69 / Recklessly Endangering Another Person | Dismissed by Information | M2 | 18 § 2705 |
| 70 / Recklessly Endangering Another Person | Dismissed by Information | M2 | 18 § 2705 |

Printed: 07/26/2021

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PIKE COUNTY

## DOCKET



**Docket Number: CP-52-CR-0000690-2019**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Keeba Harris

Page 9 of 23

| *COMMONWEALTH INFORMATION* | **ATTORNEY INFORMATION** |
|---|---|
| Name: Pike County District Attorney's Office | Name: Oressa Philips Campbell |
| District Attorney | Court Appointed - Public Defender |
| Supreme Court No: | Supreme Court No: 203617 |
| Phone Number(s): | Rep. Status: Active |
| 570-296-3482        (Phone) | Phone Number(s): |
| Address: | 570-253-7937        (Phone) |
| Pike County Administration Building | Address: |
| 506 Broad Street | 203 E Harford St |
| Milford, PA  18337 | Milford, PA  18337-1510 |
| | Representing: Harris, Keeba |

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 12/13/2019 | | Court of Common Pleas - Pike County |
| Original Papers Received from Lower Court | | | |
| 1 | 01/15/2020 | | Chelak, Gregory H. |
| Order Directing Defendant to Appear January 30, 2020 @ 1PM for the Purpose of an Arraignment | | | |
| Harris, Keeba | | | |
| 01/15/2020 | First Class | | |
| Pike County Court Administrator | | | |
| 01/15/2020 | Interoffice | | |
| Pike County District Attorney's Office | | | |
| *01/15/2020* | *Interoffice* | | |
| 1 | 01/23/2020 | | Pike County District Attorney's Office |
| Notice of Costs of Prosecution | | | |
| 1 | 01/27/2020 | | Commonwealth of Pennsylvania |
| *Notice Pursuant to Pa R CrimPro 582(B)(1)* | | | |
| 2 | 01/27/2020 | | Commonwealth of Pennsylvania |
| Information Filed | | | |
| 2 | 01/30/2020 | | Pike County District Attorney's Office |
| Motion to Reschedule Arraignment | | | |
| 1 | 01/31/2020 | | Chelak, Gregory H. |
| Order Continuing Arraignment Hearing to 2/20/20 @ 1pm | | | |
| Harris, Keeba | | | |

CPCMS 9082

Printed: 07/26/2021

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PIKE COUNTY

**DOCKET**



**Docket Number: CP-52-CR-0000690-2019**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Keeba Harris

Page 10 of 23

**ENTRIES**

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| 01/31/2020 | First Class | | |
| Pike County Adult Probation | | | |
| 01/31/2020 | Interoffice | | |
| Pike County Court Administrator | | | |
| 01/31/2020 | Interoffice | | |
| Pike County District Attorney's Office | | | |
| 01/31/2020 | Interoffice | | |
| Pike County Legal Transcriptionist | | | |
| 01/31/2020 | Interoffice | | |
| Pike County Prison | | | |
| 01/31/2020 | Interoffice | | |
| Pike County Sheriff | | | |
| 01/31/2020 | Interoffice | | |
| | | | |
| 2 | 01/31/2020 | | Chelak, Gregory H. |
| Order Rescheduling Arraignment to 2/5/20 @ 2pm | | | |
| Harris, Keeba | | | |
| 01/31/2020 | First Class | | |
| Pike County Court Administrator | | | |
| 01/31/2020 | Interoffice | | |
| Pike County District Attorney's Office | | | |
| 01/31/2020 | Interoffice | | |
| Pike County Prison | | | |
| 01/31/2020 | Interoffice | | |
| Pike County Sheriff | | | |
| 01/31/2020 | Interoffice | | |
| | | | |
| 3 | 01/31/2020 | | Pike County District Attorney's Office |
| Petition for Writ of Habeas Corpus | | | |
| | | | |
| 1 | 02/03/2020 | | Chelak, Gregory H. |
| Order Denying Request to Reschule as Moot | | | |
| Harris, Keeba | | | |
| 02/03/2020 | First Class | | |
| Pike County Court Administrator | | | |
| 02/03/2020 | Interoffice | | |
| Pike County District Attorney's Office | | | |

Printed: 07/26/2021

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PIKE COUNTY

## DOCKET



**Docket Number: CP-52-CR-0000690-2019**
# CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania
v.
Keeba Harris

Page 11 of 23

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| 02/03/2020 | Interoffice | | |
| Pike County Prison | | | |
| 02/03/2020 | Interoffice | | |
| Pike County Sheriff | | | |
| 02/03/2020 | Interoffice | | |

| | | | |
|---|---|---|---|
| 1 | 02/07/2020 | | Pike County Adult Probation Unit |
| Inmate Transport Cost Form | | | |

| | | | |
|---|---|---|---|
| 1 | 02/18/2020 | | Chelak, Gregory H. |
| Order Appointing Oressa Campbell, Esq as Counsel & Continuing Hearing until March 2, 2020 @ 9:30 AM | | | |
| Campbell, Oressa Philips | | | |
| 02/18/2020 | Interoffice | | |
| Harris, Keeba | | | |
| 02/18/2020 | First Class | | |
| Pike County Court Administrator | | | |
| 02/18/2020 | Interoffice | | |
| Pike County District Attorney's Office | | | |
| 02/18/2020 | Interoffice | | |
| Pike County Prison | | | |
| 02/18/2020 | Interoffice | | |
| Pike County Sheriff | | | |
| 02/18/2020 | Interoffice | | |

| | | | |
|---|---|---|---|
| 1 | 03/02/2020 | | Chelak, Gregory H. |
| Order Placing Matter on May 2020 Term of Court Setting PreTrial Conf 4/6/20 @ 9am | | | |
| Campbell, Oressa Philips | | | |
| 03/02/2020 | Interoffice | | |
| Pike County Court Administrator | | | |
| 03/02/2020 | Interoffice | | |
| Pike County District Attorney's Office | | | |
| 03/02/2020 | Interoffice | | |
| Pike County Legal Transcriptionist | | | |
| 03/02/2020 | Interoffice | | |

| | | | |
|---|---|---|---|
| 2 | 03/02/2020 | | Campbell, Oressa Philips |
| Petition for Payment of Fees & Costs | | | |

Printed: 07/26/2021

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PIKE COUNTY

## DOCKET



**Docket Number: CP-52-CR-0000690-2019**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Keeba Harris

Page 12 of 23

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 03/03/2020 | | Chelak, Gregory H. |
| Order Granting Motion for Counsel Fees | | | |
| 1 | 03/11/2020 | | Pike County Adult Probation Unit |
| Inmate Transport Cost Form - PCCF to Pike County Courthouse | | | |
| 1 | 04/02/2020 | | Campbell, Oressa Philips |
| Petition for Payment of Fees and Costs - Oressa Campbell, Esq. | | | |
| 1 | 04/07/2020 | | Chelak, Gregory H. |
| Order Granting Motion for Counsel Fees | | | |
| Campbell, Oressa Philips | | | |
| 04/07/2020 | First Class | | |
| 1 | 04/09/2020 | | Campbell, Oressa Philips |
| Motion for Court Ordered Competency/Psychiatric Evaluation | | | |
| 2 | 04/09/2020 | | Campbell, Oressa Philips |
| Motion for Stay of Discovery and/or Pre-Trial Deadlines | | | |
| 1 | 05/01/2020 | | Campbell, Oressa Philips |
| Petition for Payment of Fees and Costs | | | |
| 1 | 05/05/2020 | | Chelak, Gregory H. |
| Order Granting Motion for Counsel Fees | | | |
| Campbell, Oressa Philips | | | |
| 05/05/2020 | Interoffice | | |
| 1 | 05/14/2020 | | Commonwealth of Pennsylvania |
| Response to Motion for Court Ordered Competency/Psychiatric Evaluation | | | |
| 1 | 06/01/2020 | | Campbell, Oressa Philips |
| Motion for Counsel Fees | | | |
| 2 | 06/01/2020 | | Chelak, Gregory H. |
| Order Granting Motion for Counsel Fees | | | |
| Campbell, Oressa Philips | | | |
| 06/02/2020 | Interoffice | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PIKE COUNTY

## DOCKET



**Docket Number: CP-52-CR-0000690-2019**

# CRIMINAL DOCKET

### Court Case

Commonwealth of Pennsylvania
v.
Keeba Harris
### ENTRIES

Page 13 of 23

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |

| | | | |
|---|---|---|---|
| 1 | 06/03/2020 | | Chelak, Gregory H. |
| Order Scheduling Competency Hearing 6/26/20 @ 2pm | | | |
| Campbell, Oressa Philips | | | |
| 06/03/2020 | Interoffice | | |
| Pike County Court Administrator | | | |
| 06/03/2020 | Interoffice | | |
| Pike County District Attorney's Office | | | |
| 06/03/2020 | Interoffice | | |
| Pike County Prison | | | |
| 06/03/2020 | Interoffice | | |
| Pike County Sheriff | | | |
| 06/03/2020 | Interoffice | | |
| | | | |
| 1 | 06/04/2020 | | Chelak, Gregory H. |
| Order Scheduling Hearing on Defendant's Motion to Stay Discovery and PreTrial Deadlines on 6/26/2020 | | | |
| Campbell, Oressa Philips | | | |
| 06/04/2020 | First Class | | |
| Pike County Court Administrator | | | |
| 06/04/2020 | Interoffice | | |
| Pike County District Attorney's Office | | | |
| 06/04/2020 | Interoffice | | |
| Pike County Prison | | | |
| 06/04/2020 | Interoffice | | |
| Pike County Sheriff | | | |
| 06/04/2020 | Interoffice | | |
| | | | |
| 1 | 06/24/2020 | | Pike County District Attorney's Office |
| Motion to Admit Preliminary Hearing Testimony Pursuant to Pa.R.E.804 | | | |
| | | | |
| 2 | 06/24/2020 | | Pike County District Attorney's Office |
| Commonwealth's Motion to Discovery | | | |
| | | | |
| 3 | 06/24/2020 | | Harris, Keeba |
| Petition for Writ of Habeas Corpus | | | |
| | | | |
| 1 | 06/30/2020 | | Chelak, Gregory H. |
| Order Granting Motion for Competency Examination | | | |

CPCMS 9082

Printed: 07/26/2021

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PIKE COUNTY

## DOCKET



**Docket Number: CP-52-CR-0000690-2019**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

Page 14 of 23

v.

Keeba Harris

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |

| | | | |
|---|---|---|---|
| Campbell, Oressa Philips | | | |
| 06/30/2020 | Interoffice | | |
| Fischbein, Richard E. | | | |
| 06/30/2020 | First Class | | |
| Pike County Court Administrator | | | |
| 06/30/2020 | Interoffice | | |
| Pike County District Attorney's Office | | | |
| 06/30/2020 | Interoffice | | |
| Pike County Legal Transcriptionist | | | |
| 06/30/2020 | Interoffice | | |
| Pike County Prison | | | |
| 06/30/2020 | Interoffice | | |
| Pike County Probation Department, Milford | | | |
| 06/30/2020 | Interoffice | | |
| Pike County Sheriff | | | |
| 06/30/2020 | Interoffice | | |

| 2 | 06/30/2020 | | Chelak, Gregory H. |
|---|---|---|---|

Order Continuing Hearing on Motion to Stay Generally Pending Conclusion of Competency Examination

| Campbell, Oressa Philips | | | |
|---|---|---|---|
| 06/30/2020 | Interoffice | | |
| Pike County Court Administrator | | | |
| 06/30/2020 | Interoffice | | |
| Pike County District Attorney's Office | | | |
| 06/30/2020 | Interoffice | | |

| 1 | 07/01/2020 | | Campbell, Oressa Philips |
|---|---|---|---|

Petition for Payment of Fees and Costs - Oressa Campbell, Esq

| 1 | 07/06/2020 | | Chelak, Gregory H. |
|---|---|---|---|

Order Granting Motion for Counsel Fees

| Campbell, Oressa Philips | | | |
|---|---|---|---|
| 07/06/2020 | Interoffice | | |

| 1 | 08/03/2020 | | Campbell, Oressa Philips |
|---|---|---|---|

Petition for Payment of Fees and Costs - Oressa Campbell, Esq.

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial
System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed
data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can
only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record
Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PIKE COUNTY
## DOCKET



**Docket Number: CP-52-CR-0000690-2019**
# CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania

v.

Keeba Harris

Page 15 of 23

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |

| | | | |
|---|---|---|---|
| 1 | 08/04/2020 | | Chelak, Gregory H. |
| Order Granting Motion for Counsel Fees - Oressa Campbell Esq | | | |
| Campbell, Oressa Philips | | | |
| 08/04/2020 | Interoffice | | |
| | | | |
| 1 | 08/12/2020 | | Campbell, Oressa Philips |
| Motion for Amended Court Ordered Competency/Psychiatric Evaluation | | | |
| | | | |
| 1 | 08/13/2020 | | Chelak, Gregory H. |
| Order for Competency/Psychiatric Evaluation | | | |
| Campbell, Oressa Philips | | | |
| 08/13/2020 | Interoffice | | |
| Commonwealth of Pennsylvania | | | |
| 08/13/2020 | Interoffice | | |
| Pike County Prison | | | |
| 08/13/2020 | Interoffice | | |
| | | | |
| 1 | 08/21/2020 | | Chelak, Gregory H. |
| Order Scheduling Pre-Trial Conference 9/4/20 @ 1:30pm | | | |
| Campbell, Oressa Philips | | | |
| 08/21/2020 | First Class | | |
| Pike County Court Administrator | | | |
| 08/21/2020 | Interoffice | | |
| Pike County District Attorney's Office | | | |
| 08/21/2020 | Interoffice | | |
| | | | |
| 1 | 08/28/2020 | | Chelak, Gregory H. |
| Order Scheduling Hearing on Motion to Admit Testimony from Preliminary Hearing 9/4/20 @ 1:45am | | | |
| Campbell, Oressa Philips | | | |
| 08/28/2020 | Interoffice | | |
| Commonwealth of Pennsylvania | | | |
| 08/28/2020 | Interoffice | | |
| Pike County Court Administrator | | | |
| 08/28/2020 | Interoffice | | |
| | | | |
| 2 | 08/28/2020 | | Chelak, Gregory H. |
| Order Scheduling Hearing on Motion for Discovery  9/4/20 @ 1:45am | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PIKE COUNTY

## DOCKET



**Docket Number: CP-52-CR-0000690-2019**

## CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Keeba Harris

**ENTRIES**

Page 16 of 23

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |

Campbell, Oressa Philips
08/28/2020         Interoffice
Pike County Court Administrator
08/28/2020         Interoffice
Pike County District Attorney's Office
08/28/2020         Interoffice

| 1 | 09/02/2020 | | Campbell, Oressa Philips |

Petition for Payment of Fees and Costs

| 1 | 09/03/2020 | | Campbell, Oressa Philips |

Answer to Commonwealth's Motion for Discovery and Inspection

| 2 | 09/03/2020 | | Campbell, Oressa Philips |

Answer to Commonwealth's Motion to Admit Preliminary Hearing Testimony Pursuant to Pa. R.E. 804

| 1 | 09/04/2020 | | Chelak, Gregory H. |

Order Granting Motion For The Payment Of Counsel Fees - Oressa P. Cambell, Esq.
Campbell, Oressa Philips
09/04/2020         Interoffice

| 1 | 09/08/2020 | | Chelak, Gregory H. |

Application for Trial Continuance to Nov Term: PreTrial Conf 10/5/20
Campbell, Oressa Philips
09/08/2020         First Class
Pike County Court Administrator
09/08/2020         Interoffice
Pike County District Attorney's Office
09/08/2020         Interoffice

| 1 | 09/23/2020 | | Commonwealth of Pennsylvania |

Praecipe To Withdraw Motion to Admit Preliminary Hearing Testimony

| 2 | 09/23/2020 | | Commonwealth of Pennsylvania |

Notice From DA Regarding Related Cases

Printed: 07/26/2021

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial
System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed
data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can
only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record
Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PIKE COUNTY

**DOCKET**



**Docket Number: CP-52-CR-0000690-2019**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania
v.
Keeba Harris

Page 17 of 23

**ENTRIES**

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 10/02/2020 | | Campbell, Oressa Philips |
| Petition for Payment of Fees and Costs | | | |
| 1 | 10/06/2020 | | Campbell, Oressa Philips |
| Motion for Trial Continuance | | | |
| 1 | 10/07/2020 | | Chelak, Gregory H. |
| Order Granting Petition for Payment of Fees and Costs - Oressa Campbell, Esq. | | | |
| Campbell, Oressa Philips | | | |
| 10/07/2020 | Interoffice | | |
| 2 | 10/07/2020 | | Chelak, Gregory H. |
| Order Continuing Matter to January 2021 Term of Court | | | |
| Campbell, Oressa Philips | | | |
| 10/07/2020 | Interoffice | | |
| Pike County Court Administrator | | | |
| 10/07/2020 | Interoffice | | |
| Pike County District Attorney's Office | | | |
| 10/07/2020 | Interoffice | | |
| 1 | 11/02/2020 | | Chelak, Gregory H. |
| Order Scheduling Hearing Pursuant to 50 Pa.C.S.A. 7402 on 11/13/2020 @ 11:00am | | | |
| Campbell, Oressa Philips | | | |
| 11/02/2020 | Interoffice | | |
| Pike County Court Administrator | | | |
| 11/02/2020 | Interoffice | | |
| Pike County District Attorney's Office | | | |
| 11/02/2020 | Interoffice | | |
| Pike County Prison | | | |
| 11/02/2020 | Interoffice | | |
| 1 | 11/04/2020 | | Campbell, Oressa Philips |
| Petition for Payment of Fees and Costs - Oressa Campbell, Esq. | | | |
| 1 | 11/06/2020 | | Chelak, Gregory H. |
| Order Granting Motion For Counsel Fees - Oressa P. Campbell, Esq. | | | |
| Campbell, Oressa Philips | | | |
| 11/06/2020 | Interoffice | | |
| Pike County Court Administrator | | | |
| 11/06/2020 | Interoffice | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PIKE COUNTY
## DOCKET



**Docket Number: CP-52-CR-0000690-2019**
# CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania
v.
Keeba Harris

Page 18 of 23

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |

| | | | |
|---|---|---|---|
| 1 | 11/12/2020 | | Campbell, Oressa Philips |
| Motion for Continuance | | | |
| | | | |
| 1 | 11/13/2020 | | Chelak, Gregory H. |
| Order Continuing Competency Hearing to 11/17/20 @ 11:30am | | | |
| Campbell, Oressa Philips | | | |
| 11/13/2020 | Interoffice | | |
| Pike County Court Administrator | | | |
| 11/13/2020 | Interoffice | | |
| Pike County District Attorney's Office | | | |
| 11/13/2020 | Interoffice | | |
| | | | |
| 1 | 11/30/2020 | | Chelak, Gregory H. |
| Court Ordered - Incompetency Examination of the Defendant Pursuant to 50 P.S. §7402 | | | |
| Campbell, Oressa Philips | | | |
| 11/30/2020 | Interoffice | | |
| Norristown State Hospital | | | |
| 11/30/2020 | First Class | | |
| Pike County Adult Probation Unit | | | |
| 11/30/2020 | Interoffice | | |
| Pike County Court Administrator | | | |
| 11/30/2020 | Interoffice | | |
| Pike County District Attorney's Office | | | |
| 11/30/2020 | Interoffice | | |
| Pike County Prison | | | |
| 11/30/2020 | Interoffice | | |
| Pike County Prison | | | |
| 11/30/2020 | Interoffice | | |
| | | | |
| 1 | 12/07/2020 | | Campbell, Oressa Philips |
| Motion for Counsel Fees | | | |
| | | | |
| 1 | 12/14/2020 | | Campbell, Oressa Philips |
| Motion for Continuance | | | |

Printed: 07/26/2021

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PIKE COUNTY

## DOCKET



**Docket Number: CP-52-CR-0000690-2019**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania
v.
Keeba Harris

Page 19 of 23

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |

| | | | |
|---|---|---|---|
| 2 | 12/14/2020 | | Chelak, Gregory H. |
| Order Granting Motion for Continuance | | | |
| Campbell, Oressa Philips | | | |
| 12/14/2020 | Interoffice | | |
| Commonwealth of Pennsylvania | | | |
| 12/14/2020 | Interoffice | | |
| | | | |
| 1 | 12/18/2020 | | Chelak, Gregory H. |
| Order Granting Motion for Counsel Fees - Oressa Campbell, Esq. | | | |
| Campbell, Oressa Philips | | | |
| 12/18/2020 | Interoffice | | |
| Pike County Court Administrator | | | |
| 12/18/2020 | Interoffice | | |
| | | | |
| 1 | 12/29/2020 | | Pike County Adult Probation Unit |
| Inmate Transport Cost Form | | | |
| | | | |
| 1 | 01/06/2021 | | Campbell, Oressa Philips |
| Petition for Payment of Fees and Costs - Oressa P Campbell, Esq. | | | |
| | | | |
| 1 | 01/08/2021 | | Chelak, Gregory H. |
| Order Granting Motion For Counsel Fees to Pay To - Oressa P. Campbell, Esq. | | | |
| Campbell, Oressa Philips | | | |
| 01/08/2021 | Interoffice | | |
| | | | |
| 1 | 01/13/2021 | | Harris, Keeba |
| Petition to Dismiss with Prejudice Petitioner Criminal Charges and Release Personal Property | | | |
| | | | |
| 1 | 01/14/2021 | | Chelak, Gregory H. |
| Order Denying Petition to Dismiss | | | |
| Campbell, Oressa Philips | | | |
| 01/14/2021 | Interoffice | | |
| Harris, Keeba | | | |
| 01/14/2021 | First Class | | |
| Pike County Court Administrator | | | |
| 01/14/2021 | Interoffice | | |
| Pike County District Attorney's Office | | | |

CPCMS 9082

Printed: 07/26/2021

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial
System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed
data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can
only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record
Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PIKE COUNTY

## DOCKET



**Docket Number: CP-52-CR-0000690-2019**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Keeba Harris

Page 20 of 23

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| 01/14/2021 | Interoffice | | |

| | | | |
|---|---|---|---|
| 1 | 02/08/2021 | | Campbell, Oressa Philips |
| Motion for Counsel Fees - Oressa P. Campbell, Esq. | | | |

| | | | |
|---|---|---|---|
| 2 | 02/08/2021 | | Chelak, Gregory H. |
| Order Granting Petition for Counsel Fees - Oressa P. Campbell, Esq. | | | |
| Campbell, Oressa Philips | | | |
| 02/08/2021 | First Class | | |
| Pike County Court Administrator | | | |
| 02/08/2021 | Interoffice | | |

| | | | |
|---|---|---|---|
| 1 | 02/16/2021 | | Chelak, Gregory H. |
| Sealed Entry | | | |
| Campbell, Oressa Philips | | | |
| 02/16/2021 | Interoffice | | |
| Pike County Court Administrator | | | |
| 02/16/2021 | Interoffice | | |
| Pike County District Attorney's Office | | | |
| 02/16/2021 | Interoffice | | |
| Pike County Prison | | | |
| 02/16/2021 | Interoffice | | |
| Pike County Sheriff | | | |
| 02/16/2021 | Interoffice | | |

| | | | |
|---|---|---|---|
| 1 | 03/01/2021 | | Campbell, Oressa Philips |
| Motion for Counsel Fees - Oressa P. Campbell, Esquire | | | |

| | | | |
|---|---|---|---|
| 1 | 03/08/2021 | | Chelak, Gregory H. |
| Order Granting Petitioner for Fees and Costs, Oressa P. Campbell, Esq. | | | |
| Campbell, Oressa Philips | | | |
| 03/08/2021 | Interoffice | | |

| | | | |
|---|---|---|---|
| 1 | 04/19/2021 | | Chelak, Gregory H. |
| Sealed Entry | | | |
| Campbell, Oressa Philips | | | |
| 04/19/2021 | Interoffice | | |

CPCMS 9082

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PIKE COUNTY
## DOCKET

**Docket Number: CP-52-CR-0000690-2019**
# CRIMINAL DOCKET
#### Court Case



Commonwealth of Pennsylvania
v.
Keeba Harris
**ENTRIES**

Page 21 of 23

| Sequence Number | CP Filed Date | Document Date | Filed By |
| --- | --- | --- | --- |
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |

| | | | |
| --- | --- | --- | --- |
| Norristown State Hospital | | | |
| 04/19/2021 | First Class | | |
| Pike County Court Administrator | | | |
| 04/19/2021 | Interoffice | | |
| Pike County District Attorney's Office | | | |
| 04/19/2021 | Interoffice | | |
| Pike County Prison | | | |
| 04/19/2021 | Interoffice | | |
| Pike County Sheriff | | | |
| 04/19/2021 | Interoffice | | |

| 1 | 05/03/2021 | | Campbell, Oressa Philips |
| --- | --- | --- | --- |

Petition For Payment of Fees and Costs - Oressa P. Campbell, Esq. for Michael A. Church PhD.

| 2 | 05/03/2021 | | Campbell, Oressa Philips |
| --- | --- | --- | --- |

Petition for Payment of Fees and Costs - Oressa P. Campbell, Esq.

| 1 | 05/04/2021 | | Chelak, Gregory H. |
| --- | --- | --- | --- |

Order Granting Motion for Fees and Costs  Michael A. Church, PhD.

| Campbell, Oressa Philips | | | |
| --- | --- | --- | --- |
| 05/04/2021 | Interoffice | | |
| Pike County District Attorney's Office | | | |
| 05/04/2021 | Interoffice | | |

| 2 | 05/04/2021 | | Chelak, Gregory H. |
| --- | --- | --- | --- |

Order Granting Petition for Fees and Costs - Oressa P. Campbell, Esq.

| Campbell, Oressa Philips | | | |
| --- | --- | --- | --- |
| 05/04/2021 | Interoffice | | |

| 1 | 06/16/2021 | | Campbell, Oressa Philips |
| --- | --- | --- | --- |

Motion for Continuance

| 1 | 06/17/2021 | | Chelak, Gregory H. |
| --- | --- | --- | --- |

Order Continuing Competency Hearing for 7/9/2021 at 11:30 AM

| Campbell, Oressa Philips | | | |
| --- | --- | --- | --- |
| 06/17/2021 | Interoffice | | |
| Pike County Court Administrator | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PIKE COUNTY

## DOCKET



**Docket Number: CP-52-CR-0000690-2019**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Keeba Harris

Page 22 of 23

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| 06/17/2021 | Interoffice | | |
| Pike County District Attorney's Office | | | |
| 06/17/2021 | Interoffice | | |
| | | | |
| 1 | 07/01/2021 | | Campbell, Oressa Philips |
| Petition for Payment of Fees and Costs - Oressa Campbell, Esq. | | | |
| | | | |
| 1 | 07/06/2021 | | Chelak, Gregory H. |
| Order Granting Petition for Counsel Fees and Costs - Oressa Campbell, Esq. | | | |
| Campbell, Oressa Philips | | | |
| 07/06/2021 | Interoffice | | |
| Pike County Court Administrator | | | |
| 07/06/2021 | Interoffice | | |
| | | | |
| 1 | 07/09/2021 | | Chelak, Gregory H. |
| Order Finding Defendant Competent to Stand Trial; Pre-Trial Conf. 8/9/21 at 9 AM | | | |
| Campbell, Oressa Philips | | | |
| 07/09/2021 | Interoffice | | |
| Pike County Adult Probation | | | |
| 07/09/2021 | Interoffice | | |
| Pike County Court Administrator | | | |
| 07/09/2021 | Interoffice | | |
| Pike County District Attorney's Office | | | |
| 07/09/2021 | Interoffice | | |
| Pike County Sheriff | | | |
| 07/09/2021 | Interoffice | | |
| | | | |
| 1 | 07/23/2021 | | Pike County Adult Probation Unit |
| Inmate Transport Cost Form - Noristown State Hospital to PCCF | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PIKE COUNTY

## DOCKET



**Docket Number: CP-52-CR-0000690-2019**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Keeba Harris

Page 23 of 23

### CASE FINANCIAL INFORMATION

Last Payment Date:

Total of Last Payment:

| **Harris, Keeba**<br>Defendant | Assessment | Payments | Adjustments | Non Monetary<br>Payments | Total |
|---|---|---|---|---|---|
| **Costs/Fees** | | | | | |
| Cost of Prosecution | $53.19 | $0.00 | $0.00 | $0.00 | $53.19 |
| Costs of Transportation (Act 143-2006) | $58.02 | $0.00 | $0.00 | $0.00 | $58.02 |
| Costs of Transportation (Act 143-2006) | $58.02 | $0.00 | $0.00 | $0.00 | $58.02 |
| Costs of Transportation (Act 143-2006) | $396.11 | $0.00 | $0.00 | $0.00 | $396.11 |
| Costs/Fees Totals: | $565.34 | $0.00 | $0.00 | $0.00 | $565.34 |
| Grand Totals: | $565.34 | $0.00 | $0.00 | $0.00 | $565.34 |

** - Indicates assessment is subrogated

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PIKE COUNTY

## DOCKET



**Docket Number: CP-52-CR-0000689-2019**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Sushane Steron Adams-Heylinger

Page 1 of 14

### CASE INFORMATION

Judge Assigned:                                    Date Filed: 12/13/2019        Initiation Date: 11/18/2019

OTN: X 301228-4        LOTN: X 301228-4        Originating Docket No: MJ-60304-CR-0000203-2019

Initial Issuing Authority: The Honorable Paul D. Menditto Sr.        Final Issuing Authority: The Honorable Paul D. Menditto Sr.

Arresting Agency: PSP - Blooming Grove        Arresting Officer: Theodore, Edward P.

Complaint/Incident #: PA191526267

Case Local Number Type(s)        Case Local Number(s)

### RELATED CASES

| Related Docket No | Related Case Caption | Related Court | Association Reason |
|---|---|---|---|
| Related CP-52-CR-0000682-2019 | Comm. v. Roxburgh, Alex Michael | CP-60-52-Crim | District Attorney will try cases together |
| CP-52-CR-0000687-2019 | Comm. v. Scott, Tonia | CP-60-52-Crim | District Attorney will try cases together |
| CP-52-CR-0000688-2019 | Comm. v. Abdur-Rahim, Musa | CP-60-52-Crim | District Attorney will try cases together |
| CP-52-CR-0000690-2019 | Comm. v. Harris, Keeba | CP-60-52-Crim | District Attorney will try cases together |
| CP-52-CR-0000691-2019 | Comm. v. Rashid-Abdullah, Sekou | CP-60-52-Crim | District Attorney will try cases together |
| CP-52-CR-0000692-2019 | Comm. v. Rahim, Adam Abdur | CP-60-52-Crim | District Attorney will try cases together |
| CP-52-CR-0000693-2019 | Comm. v. Sutton, Troy Anthony | CP-60-52-Crim | District Attorney will try cases together |
| CP-52-CR-0000688-2019 | Comm. v. Abdur-Rahim, Musa | CP-60-52-Crim | The DA will try cases together |
| CP-52-CR-0000691-2019 | Comm. v. Rashid-Abdullah, Sekou | CP-60-52-Crim | The DA will try cases together |
| CP-52-CR-0000692-2019 | Comm. v. Rahim, Adam Abdur | CP-60-52-Crim | The DA will try cases together |
| CP-52-CR-0000693-2019 | Comm. v. Sutton, Troy Anthony | CP-60-52-Crim | The DA will try cases together |
| CP-52-CR-0000687-2019 | Comm. v. Scott, Tonia | CP-60-52-Crim | District Attorney will Try Cases Together |
| CP-52-CR-0000688-2019 | Comm. v. Abdur-Rahim, Musa | CP-60-52-Crim | District Attorney will Try Cases Together |
| CP-52-CR-0000690-2019 | Comm. v. Harris, Keeba | CP-60-52-Crim | District Attorney will Try Cases Together |
| CP-52-CR-0000691-2019 | Comm. v. Rashid-Abdullah, Sekou | CP-60-52-Crim | District Attorney will Try Cases Together |
| CP-52-CR-0000692-2019 | Comm. v. Rahim, Adam Abdur | CP-60-52-Crim | District Attorney will Try Cases Together |
| CP-52-CR-0000693-2019 | Comm. v. Sutton, Troy Anthony | CP-60-52-Crim | District Attorney will Try Cases Together |

Printed: 05/09/2021

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PIKE COUNTY
## DOCKET



**Docket Number: CP-52-CR-0000689-201**
## CRIMINAL DOCKET
### Court Cas

Commonwealth of Pennsylvania
v.
Sushane Steron Adams-Heylinger

Page 2 of

### RELATED CASES

| Related Docket No | Related Case Caption | Related Court | Association Reason |
|---|---|---|---|
| CP-52-CR-0000096-2020 | Comm. v. Scott, Tonia | CP-60-52-Crim | District Attorney will Try Cases Together |

### STATUS INFORMATION

| Case Status: | Active | Status Date | Processing Status | | Arrest Date: | 11/18/2019 |
|---|---|---|---|---|---|---|
| | | 01/30/2020 | Awaiting Pre-Trial Conference | | | |
| | | 01/27/2020 | Awaiting Formal Arraignment | | | |
| | | 12/13/2019 | Awaiting Filing of Information | | | |

Complaint Date: 11/19/2019

### CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Formal Arraignment | 01/30/2020 | 1:00 pm | | President Judge Gregory H. Chelak | Scheduled |
| Motions Hearing | 09/04/2020 | 1:45 pm | | President Judge Gregory H. Chelak | Scheduled |
| Hearing | 03/26/2021 | 9:00 am | | President Judge Gregory H. Chelak | Scheduled |
| Motions Hearing | 04/07/2021 | 11:15 am | | President Judge Gregory H. Chelak | Scheduled |

### CONFINEMENT INFORMATION

| Confinement Known As Of | Confinement Type | Destination Location | Confinement Reason | Still in Custody |
|---|---|---|---|---|
| 11/19/2019 | County Correctional Facility | Pike County Prison | | Yes |

### DEFENDANT INFORMATION

| Date Of Birth: | 01/05/1993 | City/State/Zip: Binghamton, NY 13901 |
|---|---|---|

### CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Adams-Heylinger, Sushane Steron |

### BAIL INFORMATION

**Adams-Heylinger, Sushane Steron**

Nebbia Status: No

| Bail Action | Date | Bail Type | Percentage | Amount | Bail Posting Status | Posting D |
|---|---|---|---|---|---|---|
| Denied | 11/18/2019 | | | $0.00 | | |

CPCMS 9082

Printed: 05/08/

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PIKE COUNTY

## DOCKET



**Docket Number: CP-52-CR-0000689-20**

## CRIMINAL DOCKE

**Court Ca**

Commonwealth of Pennsylvania

v.

Sushane Steron Adams-Heylinger

Page 3 o

## CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|------|-----------|-------|---------|---------------------|-------------|-----|
| 1 | 19 | F1 | 18 § 2717 §§ A1 | Terrorism - Intimidate or Coerce a Civilian Population | 11/18/2019 | X 301228-4 |
| 2 | 17 | F1 | 18 § 903 | Conspiracy - Terrorism - Intimidate or Coerce a Civilian Population | 11/18/2019 | X 301228-4 |
| 3 | 21 | F1 | 18 § 2901 §§ A2 | Kidnap To Facilitate A Felony | 11/18/2019 | X 301228-4 |
| 4 | 22 | F1 | 18 § 2901 §§ A3 | Kidnap To Inflict Inj/Terror | 11/18/2019 | X 301228-4 |
| 5 | 20 | F1 | 18 § 903 | Conspiracy - Kidnap To Facilitate A Felony | 11/18/2019 | X 301228-4 |
| 6 | 58 | M2 | 18 § 2903 §§ A | False Imprisonment | 11/18/2019 | X 301228-4 |
| 7 | 56 | M1 | 18 § 2902 §§ A1 | Unlawful Restraint/ Serious Bodily Injury | 11/18/2019 | X 301228-4 |
| 8 | 71 | F1 | 18 § 3701 §§ A1II | Robbery-Threat Immed Ser Injury | 11/18/2019 | X 301228-4 |
| 9 | 24 | F1 | 18 § 3701 §§ A1II | Robbery-Threat Immed Ser Injury | 11/18/2019 | X 301228-4 |
| 10 | 72 | F1 | 18 § 3701 §§ A1III | Robbery-Commit Threat 1st/2nd Deg Fel | 11/18/2019 | X 301228-4 |
| 11 | 25 | F1 | 18 § 3701 §§ A1III | Robbery-Commit Threat 1st/2nd Deg Fel | 11/18/2019 | X 301228-4 |
| 12 | 1 | F2 | 18 § 3701 §§ A1IV | Robbery-Inflict Threat Imm Bod Inj | 11/18/2019 | X 301228-4 |
| 13 | 50 | F3 | 18 § 3701 §§ A1V | Robbery-Take Property Fr Other/Force | 11/18/2019 | X 301228-4 |
| 14 | 53 | F3 | 18 § 3701 §§ A1V | Robbery-Take Property Fr Other/Force | 11/18/2019 | X 301228-4 |
| 15 | 65 | F1 | 18 § 3702 §§ A | Robbery Of Motor Vehicle | 11/18/2019 | X 301228-4 |
| 16 | 78 | F1 | 18 § 3702 §§ A | Robbery Of Motor Vehicle | 11/18/2019 | X 301228-4 |
| 17 | 68 | F1 | 18 § 903 | Conspiracy - Robbery-Threat Immed Ser Injury | 11/18/2019 | X 301228-4 |
| 18 | 23 | F2 | 18 § 3921 §§ A | Theft By Unlaw Taking-Movable Prop | 11/18/2019 | X 301228-4 |
| 19 | 67 | F1 | 18 § 901 §§ A | Criminal Attempt - Theft By Unlaw Taking-Immovable Prop | 11/18/2019 | X 301228-4 |
| 20 | 66 | F1 | 18 § 903 | Conspiracy - Theft By Unlaw Taking-Movable Prop | 11/18/2019 | X 301228-4 |
| 21 | 91 | F1 | 18 § 3502 §§ A3 | Burglary - Not Adapted for Overnight Accommodation, Person Present | 11/18/2019 | X 301228-4 |
| 22 | 64 | F1 | 18 § 903 | Conspiracy - Burglary - Not Adapted for Overnight Accommodation, Person Present | 11/18/2019 | X 301228-4 |
| 23 | 27 | F2 | 18 § 3503 §§ A1II | Crim Tres-Break Into Structure | 11/18/2019 | X 301228-4 |
| 24 | 52 | F3 | 18 § 3304 §§ A5 | Criminal Mischief - Damage Property | 11/18/2019 | X 301228-4 |
| 25 | 76 | M1 | 18 § 2706 §§ A3 | Terroristic Threats Cause Serious Public Inconv. | 11/18/2019 | X 301228-4 |
| 26 | 75 | F3 | 18 § 2706 §§ A1 | Terroristic Threats W/ Int To Terrorize Another | 11/18/2019 | X 301228-4 |
| 27 | 74 | F3 | 18 § 2706 §§ A1 | Terroristic Threats W/ Int To Terrorize Another | 11/18/2019 | X 301228-4 |

CPCMS 9082    Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial    Printed: 05/6
System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed
data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can
only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record
Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PIKE COUNTY

## DOCKET



**Docket Number: CP-52-CR-0000689-20**

# CRIMINAL DOCKE

Court Ca

Commonwealth of Pennsylvania

v.

Sushane Steron Adams-Heylinger

Page 4 of

### CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|------|-----------|-------|---------|---------------------|-------------|-----|
| 28 | 18 | F1 | 18 § 2702 §§ A1 | Aggravated Assault | 11/18/2019 | X 301228-4 |
| 29 | 59 | M2 | 18 § 2701 §§ A1 | Simple Assault | 11/18/2019 | X 301228-4 |
| 30 | 60 | M2 | 18 § 2701 §§ A3 | Simple Assault | 11/18/2019 | X 301228-4 |
| 31 | 86 | M2 | 18 § 2701 §§ A3 | Simple Assault | 11/18/2019 | X 301228-4 |
| 32 | 87 | M2 | 18 § 2705 | Recklessly Endangering Another Person | 11/18/2019 | X 301228-4 |
| 33 | 61 | M2 | 18 § 2705 | Recklessly Endangering Another Person | 11/18/2019 | X 301228-4 |
| 34 | 69 | M1 | 18 § 907 §§ B | Possession Of Weapon | 11/18/2019 | X 301228-4 |
| 50 | 26 | F2 | 18 § 2702 §§ A4 | Aggravated Assault | 11/18/2019 | X 301228-4 |
| 51 | 51 | F3 | 18 § 2706 §§ A2 | Terroristic Threats Cause Evacuation Of Bldg Etc | 11/18/2019 | X 301228-4 |
| 52 | 54 | F3 | 18 § 6106 §§ A1 | Firearms Not To Be Carried W/O License | 11/18/2019 | X 301228-4 |
| 53 | 55 | F3 | 18 § 907 §§ C | Unlawful Body Armor | 11/18/2019 | X 301228-4 |
| 54 | 57 | M1 | 18 § 907 §§ B | Possession Of Weapon | 11/18/2019 | X 301228-4 |
| 55 | 62 | F1 | 18 § 903 | Conspiracy - Terrorism - Intimidate or Coerce a Civilian Population | 11/18/2019 | X 301228-4 |
| 56 | 63 | F1 | 18 § 903 | Conspiracy - Kidnapping For Ransom | 11/18/2019 | X 301228-4 |
| 57 | 70 | F1 | 18 § 2702 §§ A1 | Aggravated Assault | 11/18/2019 | X 301228-4 |
| 58 | 73 | F2 | 18 § 2702 §§ A4 | Aggravated Assault | 11/18/2019 | X 301228-4 |
| 59 | 77 | F3 | 18 § 2706 §§ A1 | Terroristic Threats W/ Int To Terrorize Another | 11/18/2019 | X 301228-4 |
| 60 | 79 | M2 | 18 § 2701 §§ A1 | Simple Assault | 11/18/2019 | X 301228-4 |
| 61 | 80 | M2 | 18 § 2701 §§ A1 | Simple Assault | 11/18/2019 | X 301228-4 |
| 62 | 81 | M2 | 18 § 2701 §§ A1 | Simple Assault | 11/18/2019 | X 301228-4 |
| 63 | 82 | M2 | 18 § 2701 §§ A1 | Simple Assault | 11/18/2019 | X 301228-4 |
| 64 | 83 | M2 | 18 § 2701 §§ A3 | Simple Assault | 11/18/2019 | X 301228-4 |
| 65 | 84 | M2 | 18 § 2701 §§ A3 | Simple Assault | 11/18/2019 | X 301228-4 |
| 66 | 85 | M2 | 18 § 2701 §§ A3 | Simple Assault | 11/18/2019 | X 301228-4 |
| 67 | 88 | M2 | 18 § 2705 | Recklessly Endangering Another Person | 11/18/2019 | X 301228-4 |
| 68 | 89 | M2 | 18 § 2705 | Recklessly Endangering Another Person | 11/18/2019 | X 301228-4 |
| 69 | 90 | M2 | 18 § 2705 | Recklessly Endangering Another Person | 11/18/2019 | X 301228-4 |
| 70 | 16 | F2 | 18 § 3921 §§ A | Theft By Unlaw Taking-Movable Prop | 11/18/2019 | X 301228-4 |

### DISPOSITION SENTENCING/PENALTIES

Disposition

| Case Event | Disposition Date | Final Disposition | |
|------------|------------------|-------------------|---|
| Sequence/Description | Offense Disposition | Grade | Section |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. ...

# COURT OF COMMON PLEAS OF PIKE COUNTY

### DOCKET



**Docket Number: CP-52-CR-0000689-2**

## CRIMINAL DOCKE

Court C

Commonwealth of Pennsylvania

v.

Sushane Steron Adams-Heylinger

### DISPOSITION SENTENCING/PENALTIES

Page 5

Disposition

| Case Event | Disposition Date | Final Disposition | | |
|---|---|---|---|---|
| Sequence/Description | Offense Disposition | Grade | Section | |
| Sentencing Judge | Sentence Date | | Credit For Time Served | |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | | Start Date | |
| Sentence Conditions | | | | |

**Held for Court (Lower Court)**      Defendant Was Present

| Lower Court Disposition | 12/09/2019 | Not Final | |
|---|---|---|---|
| 1 / Terrorism - Intimidate or Coerce a Civilian Population | Held for Court (Lower Court) | F1 | 18 § 2717 §§ A1 |
| 2 / Conspiracy - Terrorism - Intimidate or Coerce a Civilian Population | Dismissed (Lower Court) | F1 | 18 § 903 |
| 3 / Kidnap To Facilitate A Felony | Held for Court (Lower Court) | F1 | 18 § 2901 §§ A2 |
| 4 / Kidnap To Inflict Inj/Terror | Held for Court (Lower Court) | F1 | 18 § 2901 §§ A3 |
| 5 / Conspiracy - Kidnap To Facilitate A Felony | Dismissed (Lower Court) | F1 | 18 § 903 |
| 6 / False Imprisonment | Held for Court (Lower Court) | M2 | 18 § 2903 §§ A |
| 7 / Unlawful Restraint/ Serious Bodily Injury | Held for Court (Lower Court) | M1 | 18 § 2902 §§ A1 |
| 8 / Robbery-Threat Immed Ser Injury | Held for Court (Lower Court) | F1 | 18 § 3701 §§ A1Ii |
| 9 / Robbery-Threat Immed Ser Injury | Held for Court (Lower Court) | F1 | 18 § 3701 §§ A1Ii |
| 10 / Robbery-Commit Threat 1st/2nd Deg Fel | Held for Court (Lower Court) | F1 | 18 § 3701 §§ A1Iii |
| 11 / Robbery-Commit Threat 1st/2nd Deg Fel | Held for Court (Lower Court) | F1 | 18 § 3701 §§ A1Iii |
| 12 / Robbery-Inflict Threat Imm Bod Inj | Held for Court (Lower Court) | F2 | 18 § 3701 §§ A1IV |
| 13 / Robbery-Take Property Fr Other/Force | Held for Court (Lower Court) | F3 | 18 § 3701 §§ A1V |
| 14 / Robbery-Take Property Fr Other/Force | Held for Court (Lower Court) | F3 | 18 § 3701 §§ A1V |
| 15 / Robbery Of Motor Vehicle | Held for Court (Lower Court) | F1 | 18 § 3702 §§ A |
| 16 / Robbery Of Motor Vehicle | Held for Court (Lower Court) | F1 | 18 § 3702 §§ A |
| 17 / Conspiracy - Robbery-Threat Immed Ser Injury | Held for Court (Lower Court) | F1 | 18 § 903 |
| 18 / Theft By Unlaw Taking-Movable Prop | Held for Court (Lower Court) | F2 | 18 § 3921 §§ A |
| 19 / Criminal Attempt - Theft By Unlaw Taking-Immovable Prop | Held for Court (Lower Court) | F1 | 18 § 901 §§ A |
| 20 / Conspiracy - Theft By Unlaw Taking-Movable Prop | Held for Court (Lower Court) | F1 | 18 § 903 |
| 22 / Conspiracy - Burglary - Not Adapted for Overnight Accommodation, Person Present | Held for Court (Lower Court) | F1 | 18 § 903 |
| 23 / Crim Tres-Break Into Structure | Held for Court (Lower Court) | F2 | 18 § 3503 §§ A1Ii |
| 24 / Criminal Mischief - Damage Property | Held for Court (Lower Court) | F3 | 18 § 3304 §§ A5 |
| 25 / Terroristic Threats Cause Public Inconv. | Held for Court (Lower Court) | M1 | 18 § 2706 §§ A3 |
| 26 / Terroristic Threats W/ Int To Terrorize Another | Held for Court (Lower Court) | F3 | 18 § 2706 §§ A1 |
| 27 / Terroristic Threats W/ Int To Terrorize Another | Held for Court (Lower Court) | F3 | 18 § 2706 §§ A1 |
| 28 / Aggravated Assault | Held for Court (Lower Court) | F1 | 18 § 2702 §§ A1 |

CPCMS 9082    Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial   Printed:
System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed
data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can
only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record
Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PIKE COUNTY
## DOCKET



**Docket Number: CP-52-CR-0000689-2019**
# CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania                                     Page 6 of 14
v.
Sushane Steron Adams-Heylinger
## DISPOSITION SENTENCING/PENALTIES

Disposition

| Case Event<br>Sequence/Description<br>Sentencing Judge<br>Sentence/Diversion Program Type<br>Sentence Conditions | Disposition Date<br>Offense Disposition<br>Sentence Date<br>Incarceration/Diversionary Period | Final Disposition<br>Grade Section<br>Credit For Time Served<br>Start Date |
|---|---|---|
| 29 / Simple Assault | Dismissed (Lower Court) | M2 | 18 § 2701 §§ A1 |
| 30 / Simple Assault | Dismissed (Lower Court) | M2 | 18 § 2701 §§ A3 |
| 31 / Simple Assault | Held for Court (Lower Court) | M2 | 18 § 2701 §§ A3 |
| 32 / Recklessly Endangering Another Person | Held for Court (Lower Court) | M2 | 18 § 2705 |
| 33 / Recklessly Endangering Another Person | Dismissed (Lower Court) | M2 | 18 § 2705 |
| 34 / Possession Of Weapon | Dismissed (Lower Court) | M1 | 18 § 907 §§ B |
| 50 / Aggravated Assault | Held for Court (Lower Court) | F2 | 18 § 2702 §§ A4 |
| 51 / Terroristic Threats Cause Evacuation Of Bldg Etc | Held for Court (Lower Court) | F3 | 18 § 2706 §§ A2 |
| 52 / Firearms Not To Be Carried W/O License | Held for Court (Lower Court) | F3 | 18 § 6106 §§ A1 |
| 53 / Unlawful Body Armor | Held for Court (Lower Court) | F3 | 18 § 907 §§ C |
| 54 / Possession Of Weapon | Held for Court (Lower Court) | M1 | 18 § 907 §§ B |
| 55 / Conspiracy - Terrorism - Intimidate or Coerce a Civilian Population | Held for Court (Lower Court) | F1 | 18 § 903 |
| 56 / Conspiracy - Kidnapping For Ransom | Dismissed (Lower Court) | F1 | 18 § 903 |
| 57 / Aggravated Assault | Held for Court (Lower Court) | F1 | 18 § 2702 §§ A1 |
| 58 / Aggravated Assault | Held for Court (Lower Court) | F2 | 18 § 2702 §§ A4 |
| 59 / Terroristic Threats W/ Int To Terrorize Another | Held for Court (Lower Court) | F3 | 18 § 2706 §§ A1 |
| 60 / Simple Assault | Held for Court (Lower Court) | M2 | 18 § 2701 §§ A1 |
| 61 / Simple Assault | Held for Court (Lower Court) | M2 | 18 § 2701 §§ A1 |
| 62 / Simple Assault | Held for Court (Lower Court) | M2 | 18 § 2701 §§ A1 |
| 63 / Simple Assault | Held for Court (Lower Court) | M2 | 18 § 2701 §§ A1 |
| 64 / Simple Assault | Held for Court (Lower Court) | M2 | 18 § 2701 §§ A3 |
| 65 / Simple Assault | Held for Court (Lower Court) | M2 | 18 § 2701 §§ A3 |
| 66 / Simple Assault | Held for Court (Lower Court) | M2 | 18 § 2701 §§ A3 |
| 67 / Recklessly Endangering Another Person | Held for Court (Lower Court) | M2 | 18 § 2705 |
| 68 / Recklessly Endangering Another Person | Held for Court (Lower Court) | M2 | 18 § 2705 |
| 69 / Recklessly Endangering Another Person | Held for Court (Lower Court) | M2 | 18 § 2705 |
| 70 / Theft By Unlaw Taking-Movable Prop | Held for Court (Lower Court) | F2 | 18 § 3921 §§ A |
| **Proceed to Court** | | | |
| Information Filed | 01/27/2020 | Not Final | |
| 1 / Terrorism - Intimidate or Coerce a Civilian Population | Proceed to Court | F1 | 18 § 2717 §§ A1 |

CPCMS 9082                                                           Printed: 05/09/2021

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial
System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed
data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can
only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record
Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PIKE COUNTY

## DOCKET



**Docket Number: CP-52-CR-0000689-2(**

## CRIMINAL DOCKE

**Court C**

Commonwealth of Pennsylvania

v.

Sushane Steron Adams-Heylinger

Page 7 c

### DISPOSITION SENTENCING/PENALTIES

Disposition

| Case Event Sequence/Description Sentencing Judge Sentence/Diversion Program Type Sentence Conditions | Disposition Date Offense Disposition Sentence Date Incarceration/Diversionary Period | Final Disposition Grade | Section Credit For Time Served Start Date |
|---|---|---|---|
| 2 / Conspiracy - Terrorism - Intimidate or Coerce a Civilian Population | Proceed to Court | F1 | 18 § 903 |
| 3 / Kidnap To Facilitate A Felony | Proceed to Court | F1 | 18 § 2901 §§ A2 |
| 4 / Kidnap To Inflict Inj/Terror | Proceed to Court | F1 | 18 § 2901 §§ A3 |
| 5 / Conspiracy - Kidnap To Facilitate A Felony | Proceed to Court | F1 | 18 § 903 |
| 6 / False Imprisonment | Proceed to Court | M2 | 18 § 2903 §§ A |
| 7 / Unlawful Restraint/ Serious Bodily Injury | Proceed to Court | M1 | 18 § 2902 §§ A1 |
| 8 / Robbery-Threat Immed Ser Injury | Proceed to Court | F1 | 18 § 3701 §§ A1II |
| 9 / Robbery-Threat Immed Ser Injury | Proceed to Court | F1 | 18 § 3701 §§ A1II |
| 10 / Robbery-Commit Threat 1st/2nd Deg Fel | Proceed to Court | F1 | 18 § 3701 §§ A1III |
| 11 / Robbery-Commit Threat 1st/2nd Deg Fel | Proceed to Court | F1 | 18 § 3701 §§ A1III |
| 12 / Robbery-Inflict Threat Imm Bod Inj | Proceed to Court | F2 | 18 § 3701 §§ A1IV |
| 13 / Robbery-Take Property Fr Other/Force | Proceed to Court | F3 | 18 § 3701 §§ A1V |
| 14 / Robbery-Take Property Fr Other/Force | Proceed to Court | F3 | 18 § 3701 §§ A1V |
| 15 / Robbery Of Motor Vehicle | Proceed to Court | F1 | 18 § 3702 §§ A |
| 16 / Robbery Of Motor Vehicle | Proceed to Court | F1 | 18 § 3702 §§ A |
| 17 / Conspiracy - Robbery-Threat Immed Ser Injury | Proceed to Court | F1 | 18 § 903 |
| 18 / Theft By Unlaw Taking-Movable Prop | Proceed to Court | F2 | 18 § 3921 §§ A |
| 19 / Criminal Attempt - Theft By Unlaw Taking-Immovable Prop | Proceed to Court | F1 | 18 § 901 §§ A |
| 20 / Conspiracy - Theft By Unlaw Taking-Movable Prop | Proceed to Court | F1 | 18 § 903 |
| 21 / Burglary - Not Adapted for Overnight Accommodation, Person Present | Proceed to Court | F1 | 18 § 3502 §§ A3 |
| 22 / Conspiracy - Burglary - Not Adapted for Overnight Accommodation, Person Present | Proceed to Court | F1 | 18 § 903 |
| 23 / Crim Tres-Break Into Structure | Proceed to Court | F2 | 18 § 3503 §§ A1II |
| 24 / Criminal Mischief - Damage Property | Proceed to Court | F3 | 18 § 3304 §§ A5 |
| 25 / Terroristic Threats Cause Serious Public Inconv. | Proceed to Court | M1 | 18 § 2706 §§ A3 |
| 26 / Terroristic Threats W/ Int To Terrorize Another | Proceed to Court | F3 | 18 § 2706 §§ A1 |
| 27 / Terroristic Threats W/ Int To Terrorize Another | Proceed to Court | F3 | 18 § 2706 §§ A1 |
| 28 / Aggravated Assault | Proceed to Court | F1 | 18 § 2702 §§ A1 |
| 29 / Simple Assault | Proceed to Court | M2 | 18 § 2701 §§ A1 |
| 30 / Simple Assault | Proceed to Court | M2 | 18 § 2701 §§ A3 |

Printed: 05/09

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PIKE COUNTY
## DOCKET



**Docket Number: CP-52-CR-0000689-2**
## CRIMINAL DOCK
### Court C

Commonwealth of Pennsylvania

v.

Sushane Steron Adams-Heylinger

Page 8

**DISPOSITION SENTENCING/PENALTIES**

Disposition

| Case Event Sequence/Description Sentencing Judge Sentence/Diversion Program Type Sentence Conditions | Disposition Date Offense Disposition Sentence Date Incarceration/Diversionary Period | Final Disposition Grade | Section Credit For Time Served Start Date |
|---|---|---|---|
| 31 / Simple Assault | Proceed to Court | M2 | 18 § 2701 §§ A3 |
| 32 / Recklessly Endangering Another Person | Proceed to Court | M2 | 18 § 2705 |
| 33 / Recklessly Endangering Another Person | Proceed to Court | .M2 | 18 § 2705 |
| 34 / Possession Of Weapon | Proceed to Court | M1 | 18 § 907 §§ B |
| 50 / Aggravated Assault | Dismissed by Information | F2 | 18 § 2702 §§ A4 |
| 51 / Terroristic Threats Cause Evacuation Of Bldg Etc | Dismissed by Information | F3 | 18 § 2706 §§ A2 |
| 52 / Firearms Not To Be Carried W/O License | Dismissed by Information | F3 | 18 § 6106 §§ A1 |
| 53 / Unlawful Body Armor | Dismissed by Information | F3 | 18 § 907 §§ C |
| 54 / Possession Of Weapon | Dismissed by Information | M1 | 18 § 907 §§ B |
| 55 / Conspiracy - Terrorism - Intimidate or Coerce a Civilian Population | Dismissed by Information | F1 | 18 § 903 |
| 56 / Conspiracy - Kidnapping For Ransom | Dismissed by Information | F1 | 18 § 903 |
| 57 / Aggravated Assault | Dismissed by Information | F1 | 18 § 2702 §§ A1 |
| 58 / Aggravated Assault | Dismissed by Information | F2 | 18 § 2702 §§ A4 |
| 59 / Terroristic Threats W/ Int To Terrorize Another | Dismissed by Information | F3 | 18 § 2706 §§ A1 |
| 60 / Simple Assault | Dismissed by Information | M2 | 18 § 2701 §§ A1 |
| 61 / Simple Assault | Dismissed by Information | M2 | 18 § 2701 §§ A1 |
| 62 / Simple Assault | Dismissed by Information | M2 | 18 § 2701 §§ A1 |
| 63 / Simple Assault | Dismissed by Information | M2 | 18 § 2701 §§ A1 |
| 64 / Simple Assault | Dismissed by Information | M2 | 18 § 2701 §§ A3 |
| 65 / Simple Assault | Dismissed by Information | M2 | 18 § 2701 §§ A3 |
| 66 / Simple Assault | Dismissed by Information | M2 | 18 § 2701 §§ A3 |
| 67 / Recklessly Endangering Another Person | Dismissed by Information | M2 | 18 § 2705 |
| 68 / Recklessly Endangering Another Person | Dismissed by Information | M2 | 18 § 2705 |
| 69 / Recklessly Endangering Another Person | Dismissed by Information | M2 | 18 § 2705 |
| 70 / Theft By Unlaw Taking-Movable Prop | Dismissed by Information | F2 | 18 § 3921 §§ A |

CPCMS 9082   Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial   Printed: 05-
System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed
data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can
only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record
Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PIKE COUNTY

## DOCKET



**Docket Number: CP-52-CR-0000689-20**

# CRIMINAL DOCKE

**Court Ca**

Commonwealth of Pennsylvania

v.

Sushane Steron Adams-Heylinger

Page 9 of

| COMMONWEALTH INFORMATION | ATTORNEY INFORMATION |
|---|---|
| **Name:** Pike County District Attorney's Office | **Name:** Matthew James Galasso * |
| District Attorney | Conflict Counsel |
| **Supreme Court No:** | **Supreme Court No:** 170142 |
| **Phone Number(s):** | **Rep. Status:** Lower Court |
| 570-296-3482 (Phone) | **Phone Number(s):** |
| **Address:** | 570-296-2363 (Phone) |
| Pike County Administration Building | **Address:** |
| 506 Broad Street | 400 Broad St Ste 201 |
| Milford, PA 18337 | Milford, PA 18337 |
| | Representing: Adams-Heylinger, Sushane Steron |
| | * Entry of Appearance Not Filed |

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 12/13/2019 | | Court of Common Pleas - Pike County |
| Original Papers Received from Lower Court | | | |
| 1 | 01/15/2020 | | Chelak, Gregory H. |

Order Directing Defendant to Appear January 30, 2020 @ 1 PM for the Purpose of an Arraignment
Adams-Heylinger, Sushane Steron

| | | | |
|---|---|---|---|
| 01/15/2020 | First Class | | |

Galasso, Matthew James

| 01/15/2020 | Interoffice |
|---|---|

Pike County Court Administrator

| 01/15/2020 | Interoffice |
|---|---|

Pike County District Attorney's Office

| 01/15/2020 | Interoffice |
|---|---|

| 1 | 01/23/2020 | | Pike County District Attorney's Office |
|---|---|---|---|
| Notice of Costs of Prosecution | | | |
| 1 | 01/27/2020 | | Pike County District Attorney's Office |
| Notice Pursuant to Pa. R.Crim.Pro. 582(B)(1) | | | |
| 2 | 01/27/2020 | | Commonwealth of Pennsylvania |
| Information Filed | | | |
| 2 | 01/30/2020 | | Chelak, Gregory H. |

Waiver of Arraignment to March 2020 Term of Court; PreTrial Conf 2/3/20 @ 9am
Galasso, Matthew James

| 01/30/2020 | First Class |
|---|---|

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PIKE COUNTY

## DOCKET



**Docket Number: CP-52-CR-0000689-201**

# CRIMINAL DOCKE

**Court Cas**

Commonwealth of Pennsylvania
v.
Sushane Steron Adams-Heylinger

Page 10 of 1

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |

Pike County Court Administrator
01/30/2020     Interoffice
Pike County District Attorney's Office
01/30/2020     Interoffice

| 1 | 02/05/2020 | | Galasso, Matthew James |

Request for Bill of Particulars

| 1 | 02/18/2020 | | Commonwealth of Pennsylvania |

Commonwealths Response to Request for Bill of Particulars

| 1 | 02/20/2020 | | Chelak, Gregory H. |

Application for Trial Continuance to May 2020 Term of Court
Galasso, Matthew James
02/20/2020
Pike County District Attorney's Office
02/20/2020

| 1 | 02/24/2020 | | Galasso, Matthew James |

Petition for Payment - Matthew Galasso, Esq.

| 1 | 02/25/2020 | | Chelak, Gregory H. |

Order Granting Petition for Payment - Matthew J. Galasso, Esq.
Galasso, Matthew James
02/25/2020     Interoffice
Pike County Court Administrator
02/25/2020     Interoffice

| 1 | 06/24/2020 | | Pike County District Attorney's Office |

Motion to Admit Preliminary Hearing Testimony Pursuant to Pa.R.E.804

| 2 | 06/24/2020 | | Pike County District Attorney's Office |

Commonwealth's Motion to Discovery

| 1 | 08/21/2020 | | Chelak, Gregory H. |

Order Scheduling Pre-Trial Conference 9/4/20 @ 1:30pm
Galasso, Matthew James

CPCMS 9082   Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial   Printed: 05/09/20
System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed
data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can
only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record
Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9163.

# COURT OF COMMON PLEAS OF PIKE COUNTY

### DOCKET



**Docket Number: CP-52-CR-0000689-20??**

## CRIMINAL DOCKE

Court Ca~

Commonwealth of Pennsylvania

v.

Sushane Steron Adams-Heylinger

Page 11 of ?

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| 08/21/2020 | First Class | | |
| Pike County Court Administrator | | | |
| 08/21/2020 | Interoffice | | |
| Pike County District Attorney's Office | | | |
| 08/21/2020 | Interoffice | | |

| 1 | 08/28/2020 | | Chelak, Gregory H. |
|---|---|---|---|

Order Scheduling Hearing on Motion for Discovery and Inspection; 9/4/2020 @1:45pm

| Adams-Heylinger, Sushane Steron | | | |
|---|---|---|---|
| 08/28/2020 | First Class | | |
| Galasso, Matthew James | | | |
| 08/28/2020 | Interoffice | | |
| Pike County District Attorney's Office | | | |
| 08/28/2020 | Interoffice | | |

| 2 | 08/28/2020 | | Chelak, Gregory H. |
|---|---|---|---|

Order Scheduling Hearing on Motion to Admit Testimony from Prelim Hearing; 9/4/2020 @1:45pm

| Galasso, Matthew James | | | |
|---|---|---|---|
| 08/24/2020 | Interoffice | | |
| Pike County Court Administrator | | | |
| 08/24/2020 | Interoffice | | |
| Pike County District Attorney's Office | | | |
| 08/24/2020 | Interoffice | | |

| 1 | 09/23/2020 | | Commonwealth of Pennsylvania |
|---|---|---|---|

Notice From DA Regarding Related Cases

| 1 | 09/29/2020 | | Pike County District Attorney's Office |
|---|---|---|---|

Motion for Pre-Trial Conference

| 1 | 10/30/2020 | | Chelak, Gregory H. |
|---|---|---|---|

Order Placing Matter on November 2020 Trial Term

| Galasso, Matthew James | | | |
|---|---|---|---|
| 10/30/2020 | Interoffice | | |
| Pike County District Attorney's Office | | | |
| 10/30/2020 | Interoffice | | |

Printed: 05/09/2?

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PIKE COUNTY

## DOCKET



**Docket Number: CP-52-CR-0000689-2~**

# CRIMINAL DOCK

**Court (**

Commonwealth of Pennsylvania

v.

Sushane Steron Adams-Heylinger

Page 12

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 11/20/2020 | | Adams-Heylinger, Sushane Steron |

Defendant's Petition for Replacement of Counsel

| 1 | 12/08/2020 | | Adams-Heylinger, Sushane Steron |

Letter in Motion Form in Pursuant of Pa. R.Crim. P 573

| 2 | 12/08/2020 | | Chelak, Gregory H. |

Order Denying Letter in Motion Form in Pursuant to Pa. R.Crim. P. 573

Adams-Heylinger, Sushane Steron
  12/08/2020    First Class
Galasso, Matthew James
  12/08/2020    Interoffice
Pike County Court Administrator
  12/08/2020    Interoffice
Pike County District Attorney's Office
  12/08/2020    Interoffice

| 1 | 12/23/2020 | | Fitzpatrick, Denise |

Order Granting Motion to Admit Preliminary Testimony; PreTrial Conf 2/8/21 @ 9:45am

Galasso, Matthew James
  12/23/2020    First Class
Pike County Court Administrator
  12/23/2020    Interoffice
Pike County District Attorney's Office
  12/23/2020    First Class

| 2 | 12/23/2020 | | Chelak, Gregory H. |

Order Granting Motion for Discovery & Inspection

Galasso, Matthew James
  12/23/2020    Interoffice
Pike County Court Administrator
  12/23/2020    Interoffice
Pike County District Attorney's Office
  12/23/2020    Interoffice

| 1 | 01/19/2021 | | Adams-Heylinger, Sushane Steron |

Case Correspondence

| 1 | 02/04/2021 | | Adams-Heylinger, Sushane Steron |

Case Correspondence

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PIKE COUNTY

## DOCKET



**Docket Number: CP-52-CR-0000689-2(**

# CRIMINAL DOCKI

**Court Ca**

Commonwealth of Pennsylvania

v.

Sushane Steron Adams-Heylinger

Page 13 o

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 02/19/2021 | | Adams-Heylinger, Sushane Steron |
| Case Correspondence | | | |
| 2 | 02/19/2021 | | Adams-Heylinger, Sushane Steron |
| Motion for Change of Venue | | | |
| 1 | 02/23/2021 | | Chelak, Gregory H. |

Order wherein Counsel is Granted 10 Days to Review and Determine Whether to Adopt Petition

Adams-Heylinger, Sushane Steron

| | | |
|---|---|---|
| 02/23/2021 | First Class | |
| Galasso, Matthew James | | |
| 02/23/2021 | Interoffice | |
| Pike County Court Administrator | | |
| 02/23/2021 | Interoffice | |
| Pike County District Attorney's Office | | |
| 02/23/2021 | Interoffice | |

| 2 | 02/23/2021 | | Chelak, Gregory H. |
|---|---|---|---|

Order Continuing Matter to May 2021 Term of Court; Pre Trial Conf. April 7, 2021 at 11:30 AM

| Galasso, Matthew James | | |
|---|---|---|
| 02/23/2021 | Interoffice | |
| Pike County Court Administrator | | |
| 02/23/2021 | Interoffice | |
| Pike County District Attorney's Office | | |
| 02/23/2021 | Interoffice | |

| 1 | 03/02/2021 | | Galasso, Matthew James |
|---|---|---|---|

Motion to Adopt Defendant's Pro Se Filing Seeking Change of Venue

| 1 | 03/08/2021 | | Chelak, Gregory H. |
|---|---|---|---|

Order Scheduling Motions Hearing for March 26, 2021 at 9 AM

| Galasso, Matthew James | | |
|---|---|---|
| 03/08/2021 | Interoffice | |
| Pike County Court Administrator | | |
| 03/08/2021 | Interoffice | |
| Pike County District Attorney's Office | | |
| 03/08/2021 | Interoffice | |

CPCMS 9082   Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial Printed: 05/08/2 System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PIKE COUNTY

## DOCKET



**Docket Number: CP-52-CR-0000689-2019**

## CRIMINAL DOCKET

### Court Case

Commonwealth of Pennsylvania

v.

Sushane Steron Adams-Heylinger

Page 14 of 14

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 03/31/2021 | | Galasso, Matthew James |
| Motion to Withdraw as Counsel and Motion to Appoint Alternate Counsel | | | |
| 1 | 04/05/2021 | | Commonwealth of Pennsylvania |
| Commonwealth's Reponse to Motion to Withdraw as Counsel and Motion to Appoint Alternate Counsel | | | |
| 1 | 04/06/2021 | | Chelak, Gregory H. |
| Order Scheduling Motion's Hearing April 7, 2021 @ 11:15 AM | | | |

Adams-Heylinger, Sushane Steron
04/06/2021          First Class

Galasso, Matthew James
04/06/2021          Interoffice

Pike County Court Administrator
04/06/2021          Interoffice

Pike County District Attorney's Office
04/06/2021          Interoffice

Pike County Sheriff
04/06/2021          Interoffice

| | | | |
|---|---|---|---|
| 1 | 04/23/2021 | | Chelak, Gregory H. |
| Pre-Trial Conference is Scheduled for June 16, 2021  11:00 AM | | | |

## CASE FINANCIAL INFORMATION

Last Payment Date:                                                        Total of Last Payment:

| | Assessment | Payments | Adjustments | Non Monetary Payments | Total |
|---|---|---|---|---|---|
| **Adams-Heylinger, Sushane Steron**<br>Defendant | | | | | |
| **Costs/Fees** | | | | | |
| Cost of Prosecution | $53.19 | $0.00 | $0.00 | $0.00 | $53.19 |
| Costs/Fees Totals: | $53.19 | $0.00 | $0.00 | $0.00 | $53.19 |
| Grand Totals: | $53.19 | $0.00 | $0.00 | $0.00 | $53.19 |

\*\* - Indicates assessment is subrogated

CPCMS 9082  Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial   Printed: 05/09/2021
System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed
data, errors or omissions on these reports.  Docket Sheet Information should not be used in place of a criminal history background check which can
only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record
Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.

# IN THE COURT OF COMMON PLEAS
## OF PIKE COUNTY, PENNSYLVANIA
### CRIMINAL

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : : : | |
| v. | : : : | No. 147-2019 MD |
| TONIA SCOTT | : | |
| COMMONWEALTH OF PENNSYLVANIA | : : : | |
| v. | : : : | No. 145-2019 MD |
| SEKOU RASHID-ABDULLAH | : | |
| COMMONWEALTH OF PENNSYLVANIA | : : : | |
| v. | : : : | No. 146-2019 MD |
| KEEBA HARRIS | : | |
| COMMONWEALTH OF PENNSYLVANIA | : : : | |
| v. | : : : | No. 141-2019 MD |
| TROY ANTHONY SUTTON | : | |
| COMMONWEALTH OF PENNSYLVANIA | : : : | |
| v. | : : : | No. 142-2019 MD |
| ADAM ABDUR RAHIM | : | |
| COMMONWEALTH OF PENNSYLVANIA | : : : | |
| v. | : : : | No. 144-2019 MD |
| MUSA ABDUR-RAHIM | : | |
| COMMONWEALTH OF PENNSYLVANIA | : : : | |
| v. | : : : | No. 143-2019 MD |
| SUSHANE STERON ADAMS-HEYLINGER | : : | |

OFFICE OF
PROTHONOTARY
CLERK OF COURTS
ENTERED FOR RECORD
PIKE COUNTY PA
2019 DEC -5  AM II: 52



# *Saw Creek and Pine Ridge Indian Communities*

## Event Security Contract

The Saw Creek and Pine Ridge Indian Communities (hereafter "Client") and Adam Abdur Rahim (hereafter "Security") hereby agree to the following:

The Security will provide security personnel for the **Pennsylvania Event.**

The Security will be stationed at the below locations:

      1. **The Saw Creek and Pine Ridge Hamlets**

      2. **2855 Lehigh Street, Allentown, Pennsylvania**

      3. **726-748 N. 15 Street, Allentown, Pennsylvania**

      4. **2209 Lehigh Street, Allentown, Pennsylvania**

      5. **7572 Schantz Road, Allentown, Pennsylvania**

      6. **And other local residential properties to TBA.**

The Security will patrol the locations and will be available for assignment as needed.

The Saw Creek and Pine Ridge Indian Communities will provide a staff member or representative to direct and inform the Security so as to maximize safety and efficiency.

The Security is responsible for all training and/or licensing as well as for providing the aforementioned licenses and/or for the Saw Creek and Pine Ridge Indian Communities to inspect.

The Security will use its best discretion in determining course of action should any incidents arise in the course of the event, including the involvement of federal law enforcement if necessary.

The Saw Creek and Pine Ridge Indian Communities agrees that no illegal or prohibitively dangerous activity will be allowed at the location during the event.

The Saw Creek and Pine Ridge Indian Communities will pay **$5,000** for **12** (twelve) hours of service. Any additional time required will be billed at **TBA** per hour.



In witness to their agreement to the terms of this contract, the parties affix their signatures below:

Principal Chief Tonia' Scott

*Adam Abdur-Rahim*

Security Print Name

Saw Creek and Pine Ridge Indian
Communities Representative Print

*Adam Abdima*

Security Signature

*Tonia Scott*

Saw Creek and Pine Ridge Indian
Communities Representative Signature

Address: 303 E Rosamond St #6-46 Harston TX 77076
Tel: (832) 290-0141
Date: November 2, 2019

Address: 4110 Winchester Way
Bushkill, Pennsylvania 18324
Tel: 917.376.5051
Date: November 2, 2019

Page 2 of 2

**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: 60TH JUDICIAL DISTRICT ---
DECLARATION OF JUDICIAL
EMERGENCY

:
: No. _____ ___M 2020
:
:

## DECLARATION

Per the Supreme Court's Order dated March 16, 2020, I declare a judicial

emergency in the 60th Judicial District for the following period:  March 17, 2020 to April

14, 2020.

During the time period of the judicial emergency, the President Judge of the 60th

Judicial District shall ensure the continuation of essential court operations and shall

have the authorities as prescribed in Rule 1952(B)(2) of the Pennsylvania Rule of Judicial

Administration as well as shall give all required notices as set forth in Rule 1952.

The operation of Rule of Criminal Procedure 600 shall be suspended in the 60th

Judicial District during the period of the local judicial emergency.

Signed:

HON. GREGORY H. CHELAK, P.J.
Pike County Court of Common Pleas

Dated:           3 | 17 | 2 0 2 0

IN THE COURT OF COMMON PLEAS OF PIKE COUNTY, PENNSYLVANIA
60th JUDICIAL DISTRICT

IN RE: 60TH JUDICIAL DISTRICT OF PENNSYLVANIA   :
      OPERATION OF JUDICIAL FACILITIES AND   :
      OFFICES, COVID-19 PANDEMIC          : No. _____ - 2020
                                             :

## ADMINISTRATIVE ORDER

AND NOW, this 19th day of March, 2020, upon consideration of the

Pennsylvania Supreme Court's Order dated March 16, 2020 declaring a statewide

judicial emergency and Order dated March 18, 2020 directing that all Pennsylvania

courts be closed for general business purposes, beginning at the close of business on

March 19, 2020 and lasting through at least April 3, 2020, all of which resulting from the

national, state and local COVID-19 Pandemic, it is hereby ORDERED AND DECREED,

effective March 19, 2020 at 4:30 P.M. through Friday, April 3, 2020 at 4:30 P.M. as

follows:

### A.  COURT OF COMMON PLEAS

1. The operations and ongoing business of the Court of Common Pleas of the 60th

   Judicial District shall be limited as hereinafter specified.

2. Employees of the Court of Common Pleas shall report to work at the Courthouse

   or shall work from home as directed by the Court Administrator or the President

   Judge.

3. Any civil or criminal hearing scheduled before the Court of Common Pleas during the time period of March 20, 2020 through April 3, 2020 shall be continued by virtue of this Administrative Order, without separate individual notice, and shall be rescheduled by further Order of Court.

4. The prior appointment of any guardian, counsel, guardian ad litem or other court-appointed individual by the Court in any such case, as well as any temporary protection from abuse order entered in any such case, shall continue in full force and effect until further Order of Court regardless of any time frames or constraints otherwise contained in the Pennsylvania Rules of Court or governed by statute.

5. The Court of Common Pleas shall remain available and open for the following types of essential proceedings only:

   a. Emergency bail review and habeas corpus hearings;

   b. Gagnon I hearings;

   c. Bench warrant hearings pursuant to Pa. R. Crim. P. 150;

   d. Juvenile delinquency detention;

   e. Juvenile emergency shelter and detention hearings;

   f. Ex parte, temporary protection from abuse hearings;

   g. Emergency petitions for child custody or pursuant to any provision of the Juvenile Act;

   h. Emergency petitions for guardianship;

   i. Civil mental health reviews, *see* 50 P.S. §7302;

    j.   Emergency equity civil matters (i.e., injunctions and stays);

    k.   Any pleading or motion relating to public health concerns and *involving immediate and Irreparable harm*; and

    l.   Any other function deemed by the President Judge to be essential consistent with constitutional requirements.

6.   Any essential proceeding, as defined above, conducted by the Court during the aforementioned time frame shall be conducted by video-conferencing, if available, and only in those instances approved by the President Judge, in person in a Courtroom to be designated by the President Judge.

7.   The Pike County Sheriff's Office shall provide security personnel at the front entrance of the Courthouse and such other necessary court locations to effectuate the terms of this Order and the terms of the Supreme Court's March 18, 2020 Order referenced above;

8.   Only necessary litigants, support personnel for victims in protection from abuse proceedings, attorneys representing necessary litigants and any other person as previously approved by the Court Administrator or President Judge shall be permitted in the Courthouse for any proceeding.

### B.  FILING OF MOTIONS, PETITIONS AND OTHER LEGAL DOCUMENTS

1.   The in person filing of motions, petitions and other legal documents at the Pike County Courthouse shall be prohibited during the time frame set forth above except as specifically provided below.

2.  Litigants, attorneys and the general public shall file any motions, petitions and other legal documents with the Prothonotary/Clerk of Court by United States mail only during the time period of this Administrative Order.

3.  The Court will accept limited filings of motions or petitions regarding pending court cases or emergency filings in new court cases through e-mail transmission to the Court Administrator, but only after the proponent obtains prior consent to do so through the Court Administrator who can be reached at 570-296-3556.

## C.  MAGISTERIAL DISTRICT JUDGE OFFICES

1.  During the time period of March 20, 2020 through April 3, 2020, all Magisterial District Judge Offices in Pike County shall be open for essential court functions only as set forth below, subject to the following terms and conditions.

2.  Magisterial District Judges shall only conduct essential court functions during this time period.

3.  Essential court functions shall include:

    a.  Preliminary arraignments (bail setting) for bailable cases;

    b.  Criminal case filings and subsequent processing;

     c.  Preliminary hearings for incarcerated persons only; ✕ ✕

    d.  Issuance of search warrants;

    e.  Emergency, ex parte protection from abuse petitions; and

    f.  Any other function deemed by the President Judge to be essential consistent with constitutional limitations.

g. Magisterial District Judges shall conduct any essential court functions only by Video Conference technology except for the limited in person appearance of any attorney representing a litigant in an essential court proceeding or a person filing an emergency petition for relief under the Protection From Abuse Act.

h. All other cases pending on the Magisterial District Court docket from March 20, 2020 through April 3, 2020 are CONTINUED, without separate individual notice, until further Order of Court.

i. Magisterial District Judges shall arrange for any employee or employees to report to work at a court facility only as is necessary to discharge the essential functions of his or her office as defined above.

j. Magisterial District Judges shall advise the Court Administrator of the proposed employee work schedule implemented pursuant to this Administrative Order.

k. All employees not required to report to work at the physical office location shall conduct available court business at his or her residence.

l. Payments rendered to the Magisterial District Courts SHALL NOT BE MADE IN PERSON, but may be accepted by the Court by mail, electronically (online) or by telephone as may be permissible in the Magisterial District Court receiving the payment.

m. In the event any scheduled payment is missed or default of a payment plan previously imposed by the court occurs, the Magisterial District Court SHALL

ISSUE a Hearing Notice scheduling a payment determination Hearing to be held after April 3, 2020 or such date as shall be subsequently specified. Such missed payment or default SHALL NOT RESULT in the issuance of an arrest warrant for failure to make payment nor shall the non-payment result in driving privileges being suspended prior to such Hearing.

### D.  LANDLORD/TENANT PROCEEDINGS

The Court of Common Pleas and the Magisterial District Judges shall comply with the directive of the Pennsylvania Supreme Court's March 18, 2020 Order regarding Landlord/Tenant proceedings, a true and correct copy of said Order being attached hereto and incorporated herein as Appendix "A".

### E.  PROMPT TRIAL AND ONGOING TRIALS



This Court hereby incorporates by reference herein the Pennsylvania Supreme Court's directive as to Prompt Trial and Ongoing Trials as set forth in its March 18, 2020 Order.

### F.  PROBATION DEPARTMENT

1. During the time period of March 20, 2020 through April 3, 2020, the Pike County Probation Department including its Adult Section, Juvenile Section and Domestic

Relations Section shall be open for essential functions only subject to the following terms and conditions.

2. The Chief Probation Officer is directed to implement an employee work schedule for all Probation employees to carry out the essential functions of those offices including providing for designated employees to work from home during this time frame.

3. The Chief Probation Officer shall advise the Court Administrator of such employee work schedule upon implementation.

4. The Probation Department may arrange for the filing of any new support action electronically, as permitted, and conduct any other essential business of those offices by telephone or video conferencing only.

5. The Chief Probation Officer shall provide a report of all activities conducted by his offices to the President Judge as requested.

## G. GENERAL

1. The primary purpose of this Administrative Order is to promote and protect the health, safety and welfare of the general public, county and court employees and persons utilizing the Pike County Courthouse and court facilities within the 60th Judicial District. Notwithstanding this Order of Court, the Court of Common Pleas of Pike County and its Magisterial District Judges shall be available for essential, emergency court functions consistent with this Administrative Order and the Orders of the Pennsylvania Supreme Court referenced herein. This

Administrative Order shall remain in effect until April 3, 2020 at 4:30 p.m. unless modified by further Order of Court.

2. The terms and conditions of the Pennsylvania Supreme Court's March 18, 2020 Order, attached hereto as Appendix "A", are hereby incorporated into this Administrative Order.

3. The Court Administrator shall ensure that this Administrative Order is posted on the Court's website and its Facebook page as well as distributed to local media.

4. Any updates or modifications of this Administrative Order shall be posted on the Court's website, Facebook page and on the front entrance door of the Courthouse.

5. Further information regarding this Administrative Order may be obtained by contacting the District Court Administrator Samantha Venditti, Esquire at 570-296-3556 or by email at pikecourts@gmail.com.

6. This Administrative Order shall be transmitted by email by the District Court Administrator to the President and Secretary of the Pike County Bar Association, along with the March 18, 2020 Order of the Pennsylvania Supreme Court.

7. Notice of this Administrative Order shall be posted in a prominent location on the main entrance door of the Pike County Courthouse and on the front entrance doors of the Magisterial District Courts of the 60th Judicial District.

8. This Administrative Order shall be enforced by the Sheriff of Pike County.

9. Any individual desiring access to the Courts of the 60th Judicial District and is unable to access the same pursuant to the terms of this Administrative Order

shall contact the District Court Administrator at the telephone number and/or

email above for further guidance.

BY THE COURT:

HON. GREGORY H. CHELAK,
President Judge

c-   Kelly A. Gaughan, Judge
Alan B. Cooper, Esquire, Magisterial District Judge
Deborah P. Fischer, Magisterial District Judge
Paul D. Menditto, Sr., Magisterial District Judge
Randy Schmalzle, Magisterial District Judge
Pike County Commissioners
Pike County District Attorney
Pike County Jail
Pike County Probation
Pike County Prothonotary
Pike County Sheriff
Pike County Sheriff
Court Administrator

IN THE COURT OF COMMON PLEAS OF PIKE COUNTY, PENNSYLVANIA
60th JUDICIAL DISTRICT

IN RE: 60TH JUDICIAL DISTRICT OF PENNSYLVANIA  :
OPERATION OF JUDICIAL FACILITIES AND         :
OFFICES, COVID-19 PANDEMIC                    : No. 403 – 2020 - Civil
                                             :
                                             : Pennsylvania Supreme Court
                                             : Docket No. 47 MM 2020
                                             :

## ADMINISTRATIVE ORDER

AND NOW, this ___2nd___ day of April, 2020, upon consideration of the

Pennsylvania Supreme Court's Order dated March 16, 2020 declaring a statewide

judicial emergency, Order dated March 18, 2020 directing that all Pennsylvania courts

be closed for general business purposes, beginning at the close of business on March 19,

2020 and lasting through at least April 3, 2020, Supplemental Order dated March 24,

2020 and Order dated April 1, 2020 extending the general, statewide judicial emergency

through April 30, 2020, all of which resulting from the national, state and local COVID-19

Pandemic, as well as the authority granted to this Court under the Pennsylvania Rules of

Judicial Administration, it is hereby ORDERED AND DECREED as follows:

1. All court proceedings, both civil and criminal, scheduled to take place in the

   Pike County Court of Common Pleas during the time period of Monday, April

   6, 2020 through Thursday, April 30, 2020 at 4:30 p.m. are hereby

   CONTINUED until further Order of Court without separate individual notice;

2.   All court proceedings, both civil and criminal, scheduled to take place in the

office of all Pike County Magisterial District Courts during the time period of

Monday, April 6, 2020 through Thursday, April 30, 2020 at 4:30 p.m. are

hereby CONTINUED until further Order of Court without separate individual

notice;

3.   The terms and conditions of this Court's March 19, 2020 Administrative

Order, as supplemented by Administrative Order dated March 25, 2020, shall

remain in full force and effect through and including Thursday, April 30,

2020; and

4.   From the date of this Order through Thursday, April 30, 2020, this Court and

the Magisterial District Judges will continue to perform essential court

functions as set forth in the Court's March 19, 2020 Administrative Order.

BY THE COURT:

HON. GREGORY H. CHELAK,
President Judge

c-   Kelly A. Gaughan, Judge
     Alan B. Cooper, Esquire, Magisterial District Judge
     Deborah P. Fischer, Magisterial District Judge
     Paul D. Menditto, Sr., Magisterial District Judge
     Randy Schmalzle, Magisterial District Judge
     Pike County Commissioners
     Pike County District Attorney
     Pike County Public Defender
     Pike County Jail
     Pike County Probation
     Pike County Prothonotary
     Pike County Sheriff
     Court Administrator

IN THE COURT OF COMMON PLEAS OF PIKE COUNTY, PENNSYLVANIA
60th JUDICIAL DISTRICT

| | |
|---|---|
| IN RE: 60TH JUDICIAL DISTRICT OF PENNSYLVANIA | : |
| OPERATION OF JUDICIAL FACILITIES AND | : |
| OFFICES, COVID-19 PANDEMIC | : No.  403 – 2020 - Civil |
| | : |
| | : Pennsylvania Supreme Court |
| | : Docket No. 47 MM 2020 |
| | : |

## ADMINISTRATIVE ORDER

AND NOW, this 29th day of April, 2020, upon consideration of the

Pennsylvania Supreme Court's Order dated March 16, 2020 declaring a statewide

judicial emergency, Order dated March 18, 2020 directing that all Pennsylvania courts

be closed for general business purposes, beginning at the close of business on March 19,

2020 and lasting through at least April 3, 2020, Supplemental Order dated March 24,

2020, Order dated April 1, 2020 and Emergency Order dated April 28, 2020 extending

the general, statewide judicial emergency through June 1, 2020, all of which resulting

from the national, state and local COVID-19 Pandemic, as well as the authority granted

to this Court under the Pennsylvania Rules of Judicial Administration and as approved by

the Pennsylvania Supreme Court, and further recognizing the need to resume

appropriate court proceedings in a safe and efficient manner and as directed and

encouraged by the Supreme Court, it is hereby ORDERED AND DECREED as follows:

1. The local judicial emergency of the Pike County Court System shall be extended through Monday, June 1, 2020 at 4:30 p.m. consistent with the terms and conditions of this Order;

2. During the extended period of the local judicial emergency, the Court of Common Pleas and the Magisterial District Courts may and are encouraged to conduct such court proceedings, essential and non-essential, as reasonably practicable with priority consideration given to the health and safety of the general public, parties, attorneys, court staff and county employees;

3. In order to protect the safety of all persons using the court facilities and to enable the Courts to carry out their constitutional duties, the Court authorizes and encourages the use of advanced communication technology to conduct such court proceedings during the period of local judicial emergency subject to any constitutional limitations;

4. In conducting any in court proceedings, the Court of Common Pleas and the Magisterial District Courts shall adhere, at a minimum, to the following CDC and/or common sense safety guidelines:

   a. The Court shall allow no more than ten (10) people to be physically present in a courtroom or hearing room at any one time with it being noted that this number may increase upon written direction of the President Judge and consistent with any revisions to the CDC safety guidelines;

    b.  The Court shall require that all in court participants practice social distancing of at least six (6) feet during the entirety of the proceeding;

    c.  The Court shall stagger the scheduling of legal proceedings so as to ensure compliance with the above safety guidelines; and

    d.  The Court shall ensure that adequate restroom facilities with disinfectant soap and sinks are available for use by in court participants.

5.  The Pike County Sheriff's Office is hereby authorized and directed to deny entry to the Pike County Courthouse of any individual who:

    a.  Is currently directed to quarantine, isolate or self-monitor at home for the Coronavirus or symptoms related thereto by a doctor, medical professional or hospital staff;

    b.  Has been diagnosed with Coronavirus or symptoms thereof (and has not been medically cleared from isolation) or has had close contact with any other person diagnosed with Coronavirus or suspected to have had Coronavirus within the last fourteen (14) days; and/or

    c.  Has flulike symptoms, upper respiratory symptoms or a temperature over 100 degrees Fahrenheit at the entrance doors of the Pike County Courthouse.

6.  The Pike County Sheriff, in consultation with the President Judge, is authorized to establish and implement appropriate limitations and restrictions for access to the Pike County Courthouse for filing legal documents, completing legal documents, appearing for in person court

proceedings and/or otherwise utilizing the Courthouse facilities for lawful

public purposes during the extension period of the local judicial emergency

including, but not limited to, limiting the number of appearance each

business for filing documents and requiring parties and attorneys to submit

their legal documents for filing and retrieving court documents through a

plastic bin located at the front of the Courthouse.

7. The Pike County Prothonotary/Clerk of Courts' Office shall be open for filing

of legal case documents from 8:30 a.m. until 4:30 p.m. on each business day

commencing on Friday, May 1, 2020;

8. As of May 4, 2020, any time calculations and deadlines as imposed by statue,

rules of procedure or order of court shall be calculated in conformance with

the statute, rule of procedure or order of court. Nevertheless, any legal

papers or pleadings which are required to be filed between March 19, 2020

and May 8, 2020 generally shall be deemed to have been filed timely if filed

by the close of business on May 11, 2020.

9. The Court of Common Pleas' May 2020 Trial Term and May 8, 2020 Jury

Selection are hereby CANCELLED;

10. The operation of Pennsylvania Rule of Criminal Procedure 600 shall remain

 suspended through the date of June 1, 2020 with it being noted that nothing

in this Order or its implementation shall affect a criminal defendant's right to

a speedy trial as provided in the Constitutions of the United States and the

Commonwealth of Pennsylvania.

11. As of May 1, 2020 at 8:30 a.m., attorneys and parties shall file any legal documents only through the Pike County Prothonotary/Clerk of Courts' Office;

12. The remaining terms and conditions of this Court's March 16, 2020 Declaration as well as Administrative Orders dated March 19, 202 and April 2, 2020, except as inconsistent with the terms and conditions of this Administrative Order, shall remain in full force and effect.

13. This Administrative Order shall remain in full force effect for the time period set forth above unless modified by further order of the President Judge of this Court or of the Pennsylvania Supreme Court.

14. The Courts of this Judicial District shall comply with all conditions of the Supreme Court's April 28, 2020 Emergency Order.

15. In the event of any inconsistency between the terms of this Administrative Order and the terms of the Supreme Court's April 28, 2020 Emergency Order, the Pike County Courts shall follow the directives of the Supreme Court's April 28, 2020 Emergency Order.

BY THE COURT:

HON. GREGORY H. CHELAK,
President Judge

c- Kelly A. Gaughan, Judge
  Alan B. Cooper, Esquire, Magisterial District Judge
  Deborah P. Fischer, Magisterial District Judge
  Paul D. Menditto, Sr., Magisterial District Judge
  Randy Schmalzle, Magisterial District Judge
  Pike County Commissioners
  Pike County District Attorney
  Pike County Public Defender
  Pike County Jail
  Pike County Probation
  Pike County Prothonotary
  Pike County Sheriff
  Court Administrator

IN THE COURT OF COMMON PLEAS OF PIKE COUNTY, PENNSYLVANIA
60th JUDICIAL DISTRICT

IN RE: 60TH JUDICIAL DISTRICT OF PENNSYLVANIA :
      OPERATION OF JUDICIAL FACILITIES AND  :
      OFFICES, COVID-19 PANDEMIC           : No. 403 – 2020 - Civil
                                             :
                                           : Pennsylvania Supreme Court
                                         : Docket No. 47 MM 2020
                                         :

---

## **ADMINISTRATIVE ORDER**

AND NOW, this 2ND day of July, 2020, upon consideration of the Pennsylvania

Supreme Court's Order dated March 16, 2020 declaring a statewide judicial emergency,

Order dated March 18, 2020 directing that all Pennsylvania courts be closed for general

business purposes, beginning at the close of business on March 19, 2020 and lasting

through at least April 3, 2020, Supplemental Order dated March 24, 2020, Order dated

April 1, 2020, Emergency Order dated April 28, 2020 extending the general, statewide

judicial emergency through June 1, 2020, and Cessation of Statewide Judicial Emergency

Order dated May 27, 2020, all of which resulting from the national, state and local

COVID-19 Pandemic, as well as the authority granted to this Court under the

Pennsylvania Rules of Judicial Administration and as approved by the Pennsylvania

Supreme Court, and further recognizing the need to continue with appropriate court

proceedings in a safe and efficient manner and as authorized by the Supreme Court, it is

hereby ORDERED AND DECREED as follows:

1. The authority granted to the respective Courts of the 60th Judicial District,

   pursuant to paragraph 2 of this Court's May 29, 2020 Order, to utilize

   advanced communication technology to conduct criminal court proceedings

   is hereby EXTENDED through the end of the business day on **July 31, 2020**.

BY THE COURT:

HON. GREGORY H. CHELAK,
President Judge

c-    Hon. Kelly A. Gaughan, Judge
      Hon. Alan B. Cooper, Esquire, Magisterial District Judge
      Hon. Deborah P. Fischer, Magisterial District Judge
      Hon. Paul D. Menditto, Sr., Magisterial District Judge
      Hon. Randy Schmalzle, Magisterial District Judge
      Pike County Commissioners
      Pike County District Attorney
      Pike County Public Defender
      Pike County Jail
      Pike County Probation
      Pike County Prothonotary
      Pike County Sheriff
      Court Administrator

IN THE COURT OF COMMON PLEAS OF PIKE COUNTY, PENNSYLVANIA
60th JUDICIAL DISTRICT

IN RE: 60TH JUDICIAL DISTRICT OF PENNSYLVANIA   :
OPERATION OF JUDICIAL FACILITIES AND            :
OFFICES AND COVID-19 PANDEMIC                   :
                                                : No.  403 – 2020 - Civil
                                                :
                                                : Pennsylvania Supreme Court
                                                : Docket No. 47 MM 2020
                                                :

---

## ADMINISTRATIVE ORDER

AND NOW, this $\underset{\sim}{2}$ ND day of October, 2020, it is hereby ORDERED that the

authority granted to the respective Courts of the 60th Judicial District, pursuant to our

prior Administrative Orders, to utilize advanced communication technology to conduct

criminal court proceedings is EXTENDED through the end of the business day on **Friday,**

**January 8, 2021**.

BY THE COURT:

HON. GREGORY H. CHELAK,
President Judge

c-    Pike County District Attorney
      Pike County Public Defender
      Pike County Jail
      Pike County Probation
      Pike County Sheriff
      Court Administrator

IN THE COURT OF COMMON PLEAS OF PIKE COUNTY, PENNSYLVANIA
60th JUDICIAL DISTRICT

IN RE: 60TH JUDICIAL DISTRICT OF PENNSYLVANIA   :
      OPERATION OF JUDICIAL FACILITIES AND   :
      OFFICES AND COVID-19 PANDEMIC   :
                                 : No.  403 – 2020 - Civil
                                 :
                                 : Pennsylvania Supreme Court
                                 : Docket No. 47 MM 2020
                                 :

## ADMINISTRATIVE ORDER

AND NOW, this ___8th___ day of March, 2021, it is hereby ORDERED that the

authority granted to the respective Courts of the 60th Judicial District, pursuant to our

prior Administrative Orders, to utilize advanced communication technology to conduct

criminal court and civil court proceedings is EXTENDED through the end of the business

day on **Wednesday, May 5, 2021**.

     It is further ORDERED, pursuant to the authority granted by the Pennsylvania

Supreme Court and in accord with the Pennsylvania Rules of Judicial Administration,

that the operation of Pennsylvania Rule of Criminal Procedure 600 shall be suspended

from the date of this Order through the date of **May 5, 2021**  with it being noted that

nothing in this Order or its implementation shall affect a criminal defendant's right to a

speedy trial as provided in the Constitutions of the United States and the

Commonwealth of Pennsylvania.

BY THE COURT:

HON. GREGORY H. CHELAK,
President Judge

c-      Honorable Kelly A. Gaughan, Judge
        Pike County District Attorney
        Pike County Public Defender
        Pike County Jail
        Pike County Probation
        Pike County Sheriff
        Court Administrator

IN THE COURT OF COMMON PLEAS OF PIKE COUNTY, PENNSYLVANIA
60th JUDICIAL DISTRICT

IN RE: 60TH JUDICIAL DISTRICT OF PENNSYLVANIA  :
     OPERATION OF JUDICIAL FACILITIES AND    :
     OFFICES AND COVID-19 PANDEMIC        :
                                   : No. 403 – 2020 - Civil
                                   :
                                   : Pennsylvania Supreme Court
                                   : Docket No. 47 MM 2020
                                   :

---

### AMENDED ADMINISTRATIVE ORDER

AND NOW, this 22ND day of June, 2021, it is hereby ORDERED that the

authority granted to the respective Courts of the 60th Judicial District, pursuant to our

prior Administrative Orders, to utilize advanced communication technology to conduct

criminal court and civil court proceedings is EXTENDED through the end of the business

day on **Monday, July 5, 2021**. This Amended Administrative Order is entered pursuant

to the Order of the Pennsylvania Supreme Court dated June 21, 2021 requiring that all

courts of the Pennsylvania Unified Judicial System return to pre-pandemic status on

Tuesday, July 6, 2021.

It is further ORDERED, pursuant to the authority granted by the Pennsylvania

Supreme Court and in accord with the Pennsylvania Rules of Judicial Administration,

that the operation of Pennsylvania Rule of Criminal Procedure 600 shall be suspended

from the date of our May 5, 2021 Administrative Order through the date of **August 31,**

**2021** with it being noted that nothing in this Order or its implementation shall affect a

criminal defendant's right to a speedy trial as provided in the Constitutions of the

United States and the Commonwealth of Pennsylvania. In accordance with the Supreme

Court's June 21, 2021 Order, it is noted that no further extensions of the suspension of

Rule 600 shall be entered by this Court.

BY THE COURT:

HON. GREGORY H. CHELAK,
President Judge

c-      Honorable Kelly A. Gaughan, Judge
        Pike County District Attorney
        Pike County Public Defender
        Pike County Jail
        Pike County Probation
        Pike County Sheriff
        Court Administrator

Tribal Council, R. Scott-Sumter
1735 MADISON Ave. 15E
New York, N.Y. 10029

RECEIVED
SDNY PRO SE OFFICE
2021 JUL 28 AM 9:11

USM sw
SDNY

U.S. District Court
of Southern New York
500 Pearl street
New York, N.Y. 10007

ATT. Pro Se Intake
unit