UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROSEMARY SCOTT SUMTER,

                            Plaintiff,

          -against-

JESSICA KEITH, et al.,

                           Defendants.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/24/2021

21-CV-03723 (GBD)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

      The Court has received a letter from non-parties Tonia Scott and Keeba Scott Harris. To the extent the letter can be interpreted as seeking relief – including reconsideration of the Court's October 25, 2021 Report & Recommendation (ECF No. 34) – that request is DENIED. Non-parties may not seek relief in pending matters. Moreover, for the reasons stated in the Court's Report, Plaintiff Rosemary Scott Sumter's complaint should be dismissed due to fatal deficiencies in standing and venue.

      The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Plaintiff, as well as Tonia Scott and Keeba Scott Harris. The letters should to Ms. Scott and Ms. Scott Harris should be directed to the Pike County Correctional Facility, located at 175 Pike County Blvd., Lords Valley, Pennsylvania 18428.

**SO ORDERED.**

                                                                      _____
                                                                       SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:    New York, New York
                November 24, 2021