**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

ROSEMARY SCOTT SUMTER,

                 Plaintiff,                               21 **CIVIL** 3723 (GBD) (SN)

            -against-                                   **JUDGMENT**

JESSICA KEITH; CRAIG LOWE and
RAYMOND TONKIN,

                Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated February 17, 2022, Magistrate Judge Netburn's Report is adopted in its entirety. Plaintiff's Complaint is dismissed with prejudice and Plaintiff's motion for leave to amend the Complaint, (ECF No. 28), is denied; accordingly, this case is closed.

**Dated:**  New York, New York
           February 17, 2022

                                                          **RUBY J. KRAJICK**
                                                            **Clerk of Court**

                                         **BY:**
                                                             **Deputy Clerk**