UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ROSEMARY SCOTT SUMTER,

                                Plaintiff,

-against-

JESSICA KEITH; CRAIG LOWE
and RAYMOND TONKIN,

                              Defendants.
------------------------------------------------------------x

ORDER

21 Civ. 3723 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

    Plaintiff's motion for an extension of time until March 22, 2022 to file a notice of appeal, (ECF No. 42), is GRANTED.

Dated: August 2, 2022
       New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge

1