UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

ROSEMARY SCOTT SUMTER,

                  Plaintiff,

-against-

JESSICA KEITH; CRAIG LOWE
and RAYMOND TONKIN.

                  Defendants.
----------------------------------------x

ORDER

21 Civ. 3723 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

Pursuant to the Mandate from the United States Court of Appeals for the Second Circuit, (ECF No. 48), the Clerk of Court is directed to amend its judgment at ECF No. 41 to dismiss this case without prejudice.

Dated: December 5, 2022
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

1