UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROSEMARY SCOTT SUMTER,

                Plaintiff,

-against-                                  21 **CIVIL** 3723 (GBD)(SN)

**AMENDED JUDGMENT**

JESSICA KEITH; CRAIG LOWE and
RAYMOND TONKIN,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 5, 2022, and the Court's Memorandum Decision and Order dated February 17, 2022, and Pursuant to the Mandate from the United States Court of Appeals for the Second Circuit, (ECF No. 48), Magistrate Judge Netburn's Report is adopted in its entirety. Plaintiff's Complaint is dismissed without prejudice and Plaintiff's motion for leave to amend the Complaint, (ECF No. 28), is denied; accordingly, the case is closed.

**Dated:**  New York, New York

      December 5, 2022

                                                              **RUBY J. KRAJICK**

                                                              **Clerk of Court**

                         **BY:**      *K. Mango*

                                                              **Deputy Clerk**